# EXHIBIT 1

## SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release (the "Agreement") is entered into by and between Defendants Armada MI OPCO LLC, Armada Village MI Wellness LLC, Harper Woods MI OPCO LLC, Northwest MI OPCO LLC, Northwest OPCO HOLDCO LLC, Redford MI OPCO LLC, Redford Village MI Wellness LLC, Roseville MI OPCO LLC, Samaritan MI OPCO LLC, Southgate MI OPCO LLC, Warren MI OPCO LLC, and Wayne MI OPCO LLC, d/b/a The Orchards Michigan (hereinafter, "Defendants" or "The Orchards Michigan") and all related companies, successors, subsidiaries, affiliates, joint ventures, owners, indirect and direct parents, partners, and their respective officers, directors, shareholders, members, owners, partners, investors, potential investors, insurers, administrators, plan administrators, trustees, attorneys, representatives, managers, employees, and agents (collectively the "Released Parties"), and Plaintiff Ashley Harris, on behalf of herself and all putative collective members (collectively "Plaintiffs"). Hereinafter, Plaintiffs and Defendants are referred to collectively as the "Parties" or individually as a "Party."

WHEREAS, on February 7, 2023, Ashley Harris filed a lawsuit against Defendants in the United States District Court for the Eastern District of Michigan, identified as *Harris v. Armada MI OPCO LLC, et al.*, Case No. 2:23-cv-10319 (E.D. Mich.) (the "Lawsuit"). The Lawsuit is assigned to the Honorable Gershwin A. Drain (the "Court").

WHEREAS, in the Lawsuit, Plaintiffs allege that Defendants' failed to pay proper overtime wages in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq*.

WHEREAS, Defendants vigorously and expressly deny and continue to deny the allegations contained in Plaintiffs' Lawsuit or that they violated any federal, state or local law,

breached any duty, failed to pay any employees as required by law, or engaged in any other unlawful conduct with respect to any of its employees. Nevertheless, Defendants desire to settle the Lawsuit finally on the terms and conditions set forth in this Agreement.

WHEREAS, on February 8, 2024, the Parties attended mediation with experienced mediator, Michael Russell, Esq., and mutually and voluntarily agreed to a settlement of the Lawsuit as a collective action.

WHEREAS, the Parties have agreed to resolve the claims alleged in the Lawsuit by entering into this Agreement and by dismissing the Lawsuit with prejudice (as provided herein).

WHEREAS, the Parties were each represented by attorneys throughout the negotiations that culminated in the settlement and this Agreement, and said attorneys are experienced in handling collective actions arising under the FLSA.

WHEREAS, the Parties agree and acknowledge that this Agreement represents a fair and reasonable compromise of Plaintiffs' claims, which the Parties recognize would otherwise require extensive litigation to determine.

WHEREAS, the Parties agree that this Agreement is based upon the exchange of good and valuable consideration between them as set forth more fully herein, the adequacy or sufficiency of which is hereby acknowledged by all Parties.

NOW, THEREFORE, in sole consideration for the promises and covenants set forth herein, the Parties agree as follows:

A.  **Definitions**

1.  "Approval Order" means the order entered by the Court approving this Agreement.

2.      "Attorney's Fees and Costs" means the amount paid to Plaintiff's counsel as attorneys' fees and litigation expenses.

3.      "Effective Date" means the date upon which this Agreement is fully executed by all Parties.

4.      "Eligible Employee" means a putative collective member who is identified as an employee who will receive an Individual Settlement Payment under this Agreement.

5.      "Gross Settlement Amount" means the total amount of monies Defendants will pay to the Named Plaintiff, the Eligible Employees, and Plaintiffs' counsel.

6.      "Individual Settlement Payment" means the payment to each Participating Plaintiff via a settlement check pursuant to the terms of this Agreement and the Approval Order.

7.       "Net Settlement Fund" means the total amount of monies available to calculate Individual Settlement Payment after subtracting the Service Award and Plaintiffs' Attorney's Fees and Costs from the Gross Settlement Amount.

8.      "Participating Plaintiff" means an Eligible Employee who cashes or otherwise negotiates his or her Individual Settlement Payment and releases his or her claims against Defendants.

9.      "Relevant Period" means the period of time covered for purposes of calculating Individual Settlement Payments and also the period of time for which the release is applicable, which is November 1, 2021, through to the date of settlement approval.[1]

---

[1] The Parties agree that the end date of the Relevant Period is not a material term of this Agreement. Plaintiff's counsel has reviewed Defendant's payroll data past October 2022 and found no further FLSA violations. However, if the Court were to find that the Relevant Period as defined is not fair or reasonable, the Parties agree to work in good faith to find a reasonable change consistent with the Court's opinion.

10.     "Service Award" means the amount paid to the Named Plaintiff, Ashley Harris, in addition to her Individual Settlement Payment.

11.     "Settlement Administrator" means the third-party entity Plaintiff retains to perform the duties necessary to send the Settlement Notice and Individual Settlement Payments to each Eligible Employee.

12.     "Settlement Notice" means the written notification that each Eligible Employee will receive which explains the settlement and their right to participate, a draft copy of which is attached as ***Exhibit A***.

13.     "Settlement Notice Packet" means the mailing the Settlement Administrator will send to each Eligible Employee containing the Settlement Notice and an Individual Settlement Payment.

**B.     <u>Defendants' Payment Obligations</u>**

1.     <u>Gross Settlement Amount</u>.   In consideration for the dismissal with prejudice of the Lawsuit as well as the release of claims effected by this Agreement and other good and valuable consideration, Defendants shall pay a maximum of Three Hundred and Seven Thousand Dollars and No Cents ($307,000.00) to settle the Lawsuit. Subject to the terms of this Agreement, the Gross Settlement Amount is inclusive of payment for: (a) all Eligible Employees, or their respective authorized legal representatives; (b) the Service Award approved by the Court for the Named Plaintiff; (c) all Attorneys' Fees and Costs approved by the Court, including those in connection with securing Court approval of this Agreement, other than fees and costs awarded in connection with any successful proceeding to enforce the terms of this Agreement; and (d) the Participating Plaintiffs' share of applicable federal, state and local taxes required to be withheld

by Defendants. The Gross Settlement Amount shall be the maximum amount that Defendants or the Released Parties (as defined below) are required to pay to settle the Action and assumes 100% of the Eligible Employees cash or otherwise negotiate their checks and become Participating Plaintiffs.   However, Defendants are responsible for paying their own share of payroll taxes in addition to the Gross Settlement Amount.

2. <u>Settlement Administrator and Employer's Withholdings</u>. Plaintiffs will also be responsible for the fees and costs incurred by the Settlement Administrator. Defendants will be responsible for payroll tax obligations and/or the employer's share of taxes for settlement purposes distributed to Participating Plaintiffs.

**C.** **Timing of Payments**

1. Within fourteen (14) days after the entry of the Approval Order, Defendants shall pay the entirety of the Gross Settlement Amount, as follows:

a. Within fourteen (14) days after the entry of the Approval Order, Defendants shall pay the aggregate of the Individual Settlement Payments to the Settlement Administrator (via a qualified settlement fund as described below).

b. Within fourteen (14) days after the entry of the Approval Order, Defendants shall pay the Service Award to the Named Plaintiff by First Class U.S. Mail and the Attorneys' Fees and Costs to Plaintiffs' counsel via wire transfer.

**D.** **Settlement Administration**

1. <u>Selection of Settlement Administrator</u>. The Settlement Administrator shall be selected by Plaintiffs, subject to approval by Defendants' counsel which shall not be unreasonably withheld.

5

2.      <u>Settlement Administrator Responsibilities</u>.   The Settlement Administrator shall be responsible for: (a) determining tax withholding amounts for the Eligible Employees, based on the Individual Settlement Payments; (b) preparing, printing, and disseminating to the Settlement Notice Packet by U.S. First Class Mail (including the Settlement Notice and the Individual Settlement Payments); (c) copying counsel for all Parties on material correspondence and promptly notifying Plaintiffs' counsel of any material requests or communications made by any Eligible Employees who receive the Settlement Notice; (d) withholding and paying all payroll tax obligations of Participating Plaintiffs in accordance and notifying Defendants of the employer's share of payroll tax obligations in accordance with this Agreement; (e) issuing W-2 and 1099 Forms, as applicable, for all amounts paid to Participating Plaintiffs, Named Plaintiffs, and Plaintiffs' counsel; (f) ascertaining current address and addressee information for each Settlement Notice Packet returned as undeliverable or for which it receives notice that a mailed Settlement Notice Packet was otherwise not delivered; (g) referring to Plaintiffs' counsel all inquiries by the Eligible Employees which the Settlement Administrator cannot resolve and/or which involve matters not within the Settlement Administrator's duties specified herein; (h) responding to inquiries of the Plaintiffs' and Defendants' counsel; (i) promptly apprising counsel for the Parties of the activities of the Settlement Administrator; (j) maintaining adequate records of its activities, including the date of the mailing of the Settlement Notice Packets and receipt of negotiated checks, returned mail, and other communications and attempted written or electronic communications with the Eligible Employees; (k) confirming in writing to Plaintiffs' and Defendants' counsel its completion of the administration of the settlement and retaining copies of all endorsed settlement checks; (l) timely responding to communications from the Parties or their counsel; (m) issuing

6

unclaimed (retained) funds in accordance with this Agreement; and (n) such other tasks as the Parties mutually agree.

3.      <u>Reporting by Settlement Claims Administrator</u>.      Throughout the 90-day administration period, the Settlement Administrator will provide reports to the Parties, upon request by either Party, regarding the status of the distribution of the Settlement Notice Packets to Eligible Employees, the receipt endorsed settlement checks, or any other aspect of the claims administration process.

**E.      <u>Creation and Implementation of a Qualified Settlement Fund</u>**

1.      <u>Establishing the Qualified Settlement Fund.</u>  Funds paid by Defendants pursuant to this agreement shall be deposited in an account established by the Settlement Administrator (the "Qualified Settlement Fund"), which shall be a "qualified settlement fund" within the meaning of Section 468B of the Internal Revenue Code of 1986, as amended, and Treas. Reg. Section 1.468B-1, <u>et seq</u>.  The Qualified Settlement Fund shall be administered by the Settlement Administrator, subject to the ultimate authority of the Court.

2.      <u>Administering the Qualified Settlement Fund</u>.   The Settlement Administrator shall serve as Trustee of the Qualified Settlement Fund and shall act as a fiduciary with respect to the handling, management, and distribution of the Qualified Settlement Fund, including the handling of tax-related issues and payments.   The Parties shall cooperate to ensure such treatment and shall not take a position in any filing or before any tax authority inconsistent with such treatment.

3.      <u>Tax Withholding and Reporting</u>.   The Settlement Administrator shall be responsible for withholding and timely remitting and reporting to the appropriate taxing authorities the employee's share of payroll taxes from the wage payments of each Participating Plaintiff.   The

Settlement Administrator shall also be responsible for calculating and timely notifying Defendants of the employer's share of payroll taxes or contributions (*i.e.* FICA, FUTA, SUTA, and Medicare) relating to the wage payments of each Named Plaintiff and Participating Plaintiff, which will be paid by Defendants. Subject to the Settlement Administrator's obligation to comply with applicable laws, the Parties anticipate that any amounts designated as liquidated damages or interest shall not be subject to withholding and shall be reported to the IRS on Form 1099.

4.      Communication with Counsel.   Defendants' counsel and Plaintiffs' counsel are authorized to communicate directly with the Settlement Administrator to expedite the settlement administration process.

**F.      Allocation of the Gross Settlement Amount**

1.      Net Settlement Fund.   The amounts approved by the Court for a Service Award and Attorney's Fees and Costs shall be deducted from the Gross Settlement Amount to determine the amount of the Net Settlement Fund.

2.      Allocation of Net Settlement Fund.   All Eligible Employees shall be paid a portion of the Net Settlement Fund pursuant to a formula which will generally differ based on the number of workweeks and compensation earned worked during the Relevant Period. For the purpose of informing Eligible Employees of their Individual Settlement Payment, the estimated respective Individual Settlement Payment for each Eligible Employee shall be disclosed to each Eligible Employee in the Settlement Notice Packet. The schedule of Individual Settlement Payments to be sent to Eligible Employees is attached as ***Exhibit B***.

3.      Service Award.   From the Gross Settlement Amount, Plaintiffs' Counsel shall seek a Service Award of Five Thousand Dollars ($5,000.00) for Ashley Harris for her a general release

8

of claims, for her involvement in commencing and discovering the claims represented in this Lawsuit, and for her involvement in settlement negotiations for the benefit of all Eligible Employees. Defendants do not dispute, based on their review of all relevant factors, that the Service Award sought by the Named Plaintiff is reasonable. Any Service Award approved by the Court shall be deemed non-wage compensation in its entirety for Named Plaintiff and shall be reported by Defendants on an IRS Form 1099. Any amount of the requested Service Award not approved by the Court shall be included as part of the Net Settlement Fund.

4.      Attorneys' Fees and Costs.   Plaintiffs' Counsel shall receive $127,823.56 as payment of attorneys' fees and reimbursement of litigation expenses (including settlement administration expenses). Defendants do not dispute that this amount of fees and costs sought by Plaintiffs is reasonable. Payment of such attorneys' fees and costs to Plaintiffs' counsel shall be made in accordance with this Agreement and shall constitute full satisfaction of any and all obligations by Defendants' to pay any person, attorney or law firm for attorneys' fees or costs incurred on behalf of the Named Plaintiff and Participating Plaintiffs.   The Defendants shall report the payment of these Attorney's Fees and Costs to Plaintiffs' counsel on an IRS Form 1099.   Any amount of the Attorney's Fees and Costs not approved by the Court shall be included as part of the Net Settlement Fund.

**G.      Payments to Eligible Employees**

1.      Timing of Payments.   Within twenty-one (21) days of the date of the Approval Order, the Settlement Administrator will transmit all Settlement Notice Packets to Eligible Employees via First Class U.S. Mail to the last known address for each Eligible Employee, or such other address provided by the Eligible Employee to the Settlement Administrator.

2.     <u>Tax Treatment of the Settlement Payments.</u>   The settlement payments attributed to the Eligible Employees shall be allocated 50 percent to back wages and 50 percent to liquidated damages.   The back wages shall be subject to all required employee-paid payroll taxes (federal income taxes, state income taxes, employee's share of FICA and FUTA taxes, and other state or local-specific statutory deductions) and other authorized or required deductions (garnishments, tax liens, child support, etc.). The liquidated damages shall be treated as non-wage income to the Eligible Employees.   The Settlement Administrator shall report the back wage payments to the Internal Revenue Service ("IRS") on IRS Form W-2 and shall report the liquidated damages on IRS Form 1099.

3.     <u>Tax Responsibilities, Tax Advice, and Indemnification.</u>   Other than the withholding and reporting requirements set forth herein, the Participating Plaintiffs shall be solely responsible for any necessary reporting of their respective shares of any federal, state, and/or local income or other tax, if any, on the settlement payments.   Named Plaintiff agrees and acknowledges that she has not relied upon any advice from Defendants' or Plaintiffs' counsel as to the taxability of the payments received pursuant to this Agreement. As to the payments treated and reported as non-wages, Named Plaintiff agrees to hold Defendants harmless for any tax due or owing by her on such payments.

4.     <u>Negotiation of Settlement Checks and Retention</u>.   The negotiating of a settlement check by any Participating Plaintiff provides sufficient consideration for his or her release of claims. Eligible Employees will have ninety (90) days after the Settlement Notice Packets are mailed in which to deposit or otherwise negotiate their settlement checks. However, settlement checks not cashed or negotiated within 90 days may be reissued once if the Parties mutually agree,

or if the Settlement Administrator determines that there is good cause to do so with respect to any particular settlement check(s).   If any Eligible Employee does not negotiate his or her settlement check within 90 days of issuance, or thirty (30) days after reissuance, whichever is later, the funds will be designated as "Unclaimed Funds."

Any funds remaining in the Net Settlement Fund after payment to: (a) Participating Plaintiffs; (b) the Service Award to Named Plaintiff approved by the Court; (c) the Attorney's Fees and Costs to Plaintiffs' Counsel; and (d) applicable withheld federal, state and local income taxes withheld from payments to the Participating Plaintiffs, shall be designated as "Unclaimed Funds." Any payments made to Eligible Employees from the Net Settlement Fund that are unclaimed as a result of an Opt-In Plaintiff failing to cash his or her Individual Settlement Payment within 180 days such after such checks are mailed, shall be deemed "Unclaimed Funds." All Unclaimed Funds shall be provided to Detroit Free Legal Aid Clinic, a non-profit organization.

### H.   <u>Release of Claims</u>

1.      <u>Specific Release by Plaintiffs</u>. Conditioned upon the entry of the Approval Order, and in exchange for the monetary consideration recited in this Agreement, Named Plaintiff hereby agrees to dismiss the Lawsuit with prejudice, and she and all Participating Plaintiffs will release Defendants, including any and all of Defendants' predecessors, related companies, successors, subsidiaries, affiliates, joint ventures, owners, indirect and direct parents, partners, and their respective officers, directors, shareholders, members, owners, partners, investors, potential investors, insurers, administrators, plan administrators, trustees, attorneys, representatives, managers, employees, and agents (collectively the "Released Parties") from any and all federal, state, and local wage-and-hour claims of any nature whatsoever that accrued during their

employment with Defendants, known or unknown, including, but not limited to, all federal, state, and local claims for overtime, minimum wage, and related penalties, interest, liquidated damages, attorneys' fees, and costs. The Parties agree that hourly employees who worked at Defendants' Southgate location during the Relevant Period are specifically excluded from this settlement as a result of a prior U.S. Department of Labor investigation and audit that resulted in payments to those employees.   The release of claims applies from November 1, 2021, through to the date of settlement approval. Plaintiffs also knowingly and voluntarily waive their rights, if any, to recover and/or receive any additional damages or other relief for any claim brought by the Department of Labor and/or any state or local agency on their behalf under all federal, state, and local laws which relate to the claims covered by this Agreement. Notwithstanding the foregoing, nothing in this Agreement is intended to operate as, nor shall be construed as, a release or waiver of any rights and/or claims that cannot be released or waived as a matter of law. This release also shall not limit Plaintiffs' ability to communicate with any Government Agencies or otherwise participate in any investigation or proceeding that may be conducted by any Government Agency as required by law.

2.     <u>General Release by Named Plaintiff</u>: Conditioned upon the entry of the Approval Order, and in exchange for the monetary consideration recited in this Agreement, Named Plaintiff hereby agrees to dismiss the Lawsuit with prejudice, and she will release Defendants, including any and all of Defendants' predecessors, related companies, successors, subsidiaries, affiliates, joint ventures, owners, indirect and direct parents, partners, and their respective officers, directors, shareholders, members, owners, partners, investors, potential investors, insurers, administrators, plan administrators, trustees, attorneys, representatives, managers, employees, and agents (collectively the "Released Parties") from any and all federal, state, and local claims of any nature

whatsoever that accrued during her employment with Defendants, known or unknown, including, but not limited to, all federal, state, and local claims for overtime, minimum wage, and related penalties, interest, liquidated damages, attorneys' fees, and costs. The Named Plaintiff also knowingly and voluntarily waives her rights, if any, to recover and/or receive any additional damages or other relief for any claim brought by the Department of Labor and/or any state or local agency on their behalf under all federal, state, and local laws which relate to the claims covered by this Agreement. Notwithstanding the foregoing, nothing in this Agreement is intended to operate as, nor shall be construed as, a release or waiver of any rights and/or claims that cannot be released or waived as a matter of law. This release also shall not limit Plaintiffs' ability to communicate with any Government Agencies or otherwise participate in any investigation or proceeding that may be conducted by any Government Agency as required by law.

3.     <u>Release Language on Settlement Checks</u>.  Each Individual Settlement Payment issued to Eligible Employees will contain the following release language on the back of the check:

> I knowingly and voluntarily release, waive, and discharge Armada MI OPCO LLC, Armada Village MI Wellness LLC, Harper Woods MI OPCO LLC, Northwest MI OPCO LLC, Northwest OPCO HOLDCO LLC, Redford MI OPCO LLC, Redford Village MI Wellness LLC, Roseville MI OPCO LLC, Samaritan MI OPCO LLC, Warren MI OPCO LLC, and Wayne MI OPCO LLC (each d/b/a The Orchards Michigan), and all other Released Parties, from any and all federal, state, and local wage-and-hour claims of any nature whatsoever that accrued during my employment working at The Orchards Michigan between November 1, 2021 and **[date of approval]**, including, but not limited to, all federal, state, and local claims for overtime, minimum wage, and related penalties, interest, liquidated damages, attorneys' fees, and costs.

By negotiating the settlement check, all Participating Plaintiffs are fully bound by the release described in this Agreement.

4.    <u>No Admission of Liability and Non-Admissibility</u>. By entering into this Agreement, Plaintiffs understand that Defendants do not admit, and specifically deny, any liability or wrongdoing as alleged in the Lawsuit, and that Defendants are entering into this Agreement solely for the purposes of avoiding costs of litigation and amicably resolving all disputes and causes of action brought by Plaintiffs against Defendants. This Agreement does not constitute an admission by Defendants or by any Released Party of any violation of any federal, state, local or common law or statute. In addition, this Agreement does not constitute an admission by Defendants or any Released Party of any violation of any contract or other legal duty. Neither this Agreement nor anything in this Agreement shall be construed to be admissible, or shall be admissible, in any proceeding as evidence of wrongdoing by Defendants or any Released Party.

## I.    <u>Dismissal of Lawsuit</u>

1.    <u>Stipulated Approval Order</u>. Within 14 days of the Effective Date, the Parties will submit to the Court a stipulated order for approval of this Agreement. If the Court does not enter the stipulated order within 14 days, Plaintiffs agree to prepare and file a joint motion to approve this Agreement on or before March 31, 2024. If for any reason the Court will not approve this Agreement as drafted, the Parties agree to work together in good faith to reform this Agreement as necessary in order for it to be approved by the Court. To the extent the Court will not approve this Agreement, and the Parties are unable to reform the Agreement in spite of their good-faith efforts to do so, this Agreement shall be null and void.

2.    <u>Stipulated Order of Dismissal</u>. Upon the Court entering its Approval Order, and the Defendants meeting its financial obligations set forth above, the Parties will sign and submit a stipulated order dismissing the Lawsuit with prejudice (if necessary).

**J.**   <u>**Miscellaneous**</u>

1.     The Parties agree that this Agreement is enforceable in a court of law. The Parties acknowledge that this Agreement constitutes a complete accord with respect to all claims, demands, or causes of action that have been released by this Agreement and that the Parties' sole remedy for breach of this Agreement is specific enforcement of its terms.

2.     If any court shall determine that any provision herein is unenforceable, the Parties agree that any such provision, or part thereof, shall be reformed and construed consistent with the apparent purpose of the provision in order to avoid its unenforceability or, in the event that reformation is not possible, the provision shall be severed and all remaining provisions shall remain in full force and effect.

3.     Plaintiff wholly relies upon her own judgment in executing this Agreement. Plaintiff has had an opportunity to consult her attorneys and understand that if she went forward with a claim she could have a better result than that achieved here, the same result as achieved here, or a worse result than that achieved here. Plaintiff has carefully read this Agreement in its entirety and voluntarily and willingly signs the same as a free act.

4.     The Parties agree that this Agreement is to be construed in accordance with the laws of the State of Michigan.

5.     This Agreement may be executed in counterparts and by facsimile or scanned document, each of which shall be considered equally authentic and together shall be deemed to be one in the same document.

6.     The Parties acknowledge that the promises and covenants contained in this Agreement are the sole and total agreement of the Parties with respect to the matters set forth

herein; that there are no covenants, promises, agreements or representations with respect to the matters set forth herein other than as contained in this Agreement; and that in accepting the terms of this Agreement, Plaintiff has not relied upon any promises, covenants, agreements or representations with respect to the matters set forth herein other than as expressed in this Agreement.

7.      The Parties agree that the terms of this Agreement cannot be changed, altered, modified, amended, or added to except in a writing that specifically refers to this Agreement and is signed by the Parties. The Parties expressly waive application of any local, state, federal, or foreign law, statute or judicial decision allowing verbal modifications, amendments, or additions to a contract notwithstanding an express provision requiring a writing signed by the Parties.

8.      This Agreement shall be inadmissible as evidence in any proceeding, except in an action or proceeding to approve, interpret, or enforce its terms.

9.      **THE PARTIES CERTIFY THAT THEY HAVE READ ALL OF THIS SETTLEMENT AGREEMENT AND FULLY UNDERSTAND ALL OF THE TERMS USED AND THEIR SIGNIFICANCE AND HAVE SIGNED THIS SETTLEMENT AGREEMENT VOLUNTARILY.**

_____          _____

Ashley Harris, Named Plaintiff                                   Date


Armada MI OPCO LLC
Defendant

_____          _____
                                                                                 Date

By: _____

Its: _____

herein; that there are no covenants, promises, agreements or representations with respect to the matters set forth herein other than as contained in this Agreement; and that in accepting the terms of this Agreement, Plaintiff has not relied upon any promises, covenants, agreements or representations with respect to the matters set forth herein other than as expressed in this Agreement.

7.      The Parties agree that the terms of this Agreement cannot be changed, altered, modified, amended, or added to except in a writing that specifically refers to this Agreement and is signed by the Parties. The Parties expressly waive application of any local, state, federal, or foreign law, statute or judicial decision allowing verbal modifications, amendments, or additions to a contract notwithstanding an express provision requiring a writing signed by the Parties.

8.      This Agreement shall be inadmissible as evidence in any proceeding, except in an action or proceeding to approve, interpret, or enforce its terms.

9.      **THE PARTIES CERTIFY THAT THEY HAVE READ ALL OF THIS SETTLEMENT AGREEMENT AND FULLY UNDERSTAND ALL OF THE TERMS USED AND THEIR SIGNIFICANCE AND HAVE SIGNED THIS SETTLEMENT AGREEMENT VOLUNTARILY.**

*ashley harris*
_____
Ashley Harris, Named Plaintiff

03/06/2024
_____
Date


Armada MI OPCO LLC
Defendant
_____

By: ___Robert Kornfeld___

Its: ___Member___

3/7/24
_____
Date

16

Armada Village MI Wellness LLC
Defendant

By: _____Robert Kornfeld_____

Its: _____Member_____

3/7/24

Date

---

Harper Woods MI OPCO LLC
Defendant

By: _____Robert Kornfeld_____

Its: _____Member_____

3/7/24

Date

---

Northwest MI OPCO LLC
Defendant

By: _____Robert Kornfeld_____

Its: _____Member_____

3/7/24

Date

---

Northwest OPCO HOLDCO LLC
Defendant

By: _____Robert Kornfeld_____

Its: _____Member_____

3/7/24

Date

17

Redford MI OPCO LLC
Defendant

By: _____Robert   Kornfeld_____

Its: _____Member_____

3/7/24
Date

Redford Village MI Wellness LLC
Defendant

By: _____Roberts   Kornfeld_____

Its: _____Member_____

3/7/24
Date

Roseville MI OPCO LLC
Defendant

By: _____One Robert   Kornfeld_____

Its: _____Member_____

3/7/24
Date

Samaritan MI OPCO LLC
Defendant

By: _____Roberts   Kornfeld_____

Its: _____Member_____

3/7/24
Date

18

Southgate MI OPCO LLC
Defendant

By: _____Robert Kornfeld_____

Its: _____Member_____

3/7/24
Date

Warren MI OPCO LLC
Defendant

By: _____Robert Kornfeld_____

Its: _____Member_____

3/7/24
Date

Wayne MI OPCO LLC
Defendant

By: _____Robert Kornfeld_____

Its: _____Member_____

3/7/24
Date

19

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ASHLEY HARRIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARMADA MI OPCO LLC; ARMADA VILLAGE MI WELLNESS LLC; HARPER WOODS MI OPCO LLC; NORTHWEST MI OPCO LLC; NORTHWEST OPCO HOLDCO LLC; REDFORD MI OPCO LLC; REDFORD VILLAGE MI WELLNESS LLC; ROSEVILLE MI OPCO LLC; SAMARITAN MI OPCO LLC; SOUTHGATE MI OPCO LLC; WARREN MI OPCO LLC; WAYNE MI OPCO LLC; d/b/a The Orchards Michigan, jointly and severally,<br><br>Defendants. | Case No.: 2:23-cv-10319-GAD-KGA<br><br>Hon.: Gershwin A. Drain |

## NOTICE OF SETTLEMENT

**A federal court authorized this notice.  This is not a solicitation from a lawyer.**

### 1.     Introduction

- This Settlement Notice is to inform you about a lawsuit in which you are eligible to receive a payment for damages under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, to advise how your rights may be affected by participating in the settlement, and to instruct you on the procedure for participating in this settlement, if you so choose.

- Plaintiff, Ashley Harris ("Plaintiff"), filed this action against Defendants Armada MI OPCO LLC, Armada Village MI Wellness LLC, Harper Woods MI OPCO LLC, Northwest MI OPCO LLC, Northwest OPCO HOLDCO LLC, Redford MI OPCO LLC, Redford Village MI Wellness LLC, Roseville MI OPCO LLC, Samaritan MI OPCO LLC, Southgate MI OPCO LLC, Warren MI OPCO LLC, and Wayne MI OPCO LLC, d/b/a The Orchards Michigan (hereinafter, "Defendants" or "The Orchards Michigan") on behalf of herself and all other current and former hourly employees who worked for The Orchards Michigan between November 1, 2021 and [DATE].

- Plaintiffs allege that The Orchards Michigan engaged in unlawful regular rate practices which amounted to failure to pay overtime in violation of the FLSA.

1

- Defendants expressly deny Plaintiffs' allegations in their entirety and assert that at all relevant times they have paid their employees properly. By entering into the settlement, Defendants do not admit any liability or wrongdoing.

- The settlement is the result of good-faith, arms-length negotiations between the Plaintiffs and the Defendants, through their respective attorneys. Both sides agree that, in light of the risks and expense associated with continued litigation, this Settlement is fair and reasonable under the circumstances.

- As part of the settlement, Defendants will pay a gross amount of $307,000 to be allocated among you and other eligible employees. The process of how the settlement amount is being distributed to you and other eligible employees is set forth below in section 2. The Court has entered an Order approving the parties' settlement agreement (the "Agreement"), including these payments (the "Approval Order"). You are receiving this Notice because you are eligible to participate in the settlement and to receive payment from the settlement fund.

- **Enclosed is a check for your share of the settlement.** Pursuant to the Court's Approval Order, all Participating Plaintiffs will release certain claims against Defendants, as described in Section 7, below. You have 180 days to cash, deposit, or otherwise negotiate this check, and, if you do so, you will be bound by the terms of the Agreement and have released your legal claims.

- The Court in charge of the case is the United States District Court for the Eastern District of Michigan, identified as *Harris v. The Orchards Michigan*, Case No. 2:23-cv-10319.

### 2. How is the $214,750 being allocated?

The total settlement amount of $307,000 is being allocated as follows (resulting in a "Net Fund" amount to be shared by the participating plaintiffs). This allocation was approved by the Court:

(a) $174,176.44 to be divided among the 690 Eligible Employees, including you. The allocation formula applicable to the Eligible Employees is described in Section 3, below.

(b) $5,000 for the Named Plaintiff, which compensates her for a general release and the time she spent and the risk she incurred in leading the litigation.

(c) $127,823.56 for attorneys' fees and reimbursement of litigation costs. The attorneys' fees compensates your attorneys for the time they spent litigating the case over the past year, during which they have not been paid for this work. The litigation costs reimburses your attorneys for the amounts they have paid to litigate the case, such as costs for discovery, experts, mailings, filing fees, settlement administration, etc.

### 3. How was my Individual Settlement Payment calculated?

Each Eligible Employee's Individual Settlement Payment was calculated from Defendant's payroll data and represents the amount of unpaid overtime you should have received from Defendant during the period

of November 1, 2021 through [DATE], plus an additional amount for liquidated (double) damages. Each Eligible Employee's Individual Settlement Payment will be allocated from the Net Fund based on the same formula.

The amount of all checks representing Individual Settlement Payments which are not timely negotiated/cashed shall be donated to the Detroit Free Legal Aid Clinic, and the Settlement Administrator shall seek reimbursement from the appropriate taxing authorities of all employer payroll taxes paid on such Individual Settlement Payments.

Your Individual Settlement Payment is: $_____ less applicable payroll taxes.

The parties agreed that, for tax purposes, each Individual Settlement Payment will be allocated fifty percent (50%) each to: (1) wages (to be reported on an IRS Form W-2); and (2) statutory liquidated damages (to be reported on an IRS Form 1099).  Participating Plaintiffs will be responsible for the tax consequences of all payments received by them, for filing returns and reporting all income received to state and federal taxing authorities, and for payment of any other applicable taxes due.  Counsel for the Parties cannot provide and will not provide any advice regarding your tax obligations.  You should seek tax advice as to any amounts you receive pursuant to the settlement from your own tax advisor.

You have 180 calendar days after the issuance of your settlement check to cash, deposit, or otherwise negotiate the settlement check. After that time, the amount of any uncashed settlement checks will be donated to the Detroit Free Legal Aid Clinic.

**4.      Where can I get more information?**

You can get more information by contacting the attorneys representing Plaintiffs at:

| |
|---|
| Jesse L. Young, Esq. |
| Albert J. Asciutto, Esq. |
| Sommers Schwartz, P.C. |
| One Towne Square, 17th Floor |
| Southfield, Michigan 48076 |
| jyoung@sommerspc.com |
| aasciutto@sommerspc.com |

**5.      How did I get involved?**

On February 7, 2023, the Named Plaintiff filed this lawsuit as a collective action. You previously joined this lawsuit by submitting a consent form. On [DATE], 2024, the Court approved the Parties' settlement of the lawsuit as an FLSA collective action, and authorized the Plaintiff to issue this Settlement Notice to you and others, giving Eligible Employees 180 days to cash their checks and join the settlement as Participating Plaintiffs. By cashing the settlement check, you consent to join the lawsuit and the settlement as a Participating Plaintiff.

3

**6.      Why is there a settlement?**

The Court did not decide in favor of Plaintiffs or Defendants. Instead, both sides agreed to a settlement without Defendants' admission of liability, which brings the litigation to an end. That way, Plaintiffs and Defendants avoid the cost, delay, and uncertainty of moving forward in litigation to trial and possible appeals, and the Participating Plaintiffs will receive compensation.

**7.      What legal claims will I release if I participate in the settlement?**

Under the settlement, if you cash your check, you cannot sue again or be part of any other lawsuit against Defendants about the same legal issues in this case.  It also means that all of the Court's orders will apply to you and legally bind you. The Court has approved the settlement reached in this case, and under the terms of the settlement, all Participating Plaintiffs will be bound by the Release.  As set forth in the Agreement:

### Released Claims

"Released Claims" means and refers to any and all federal, state, and local wage-and-hour claims of any nature whatsoever that accrued during your employment with them during the period of November 2, 2021 through [DATE], including, but not limited to, all federal, state, and local claims for overtime, minimum wage, and related penalties, interest, liquidated damages, attorneys' fees, and costs.

### Released Parties

"Released Parties" means and refers to Defendants and their predecessors, related companies, successors, subsidiaries, affiliates, joint ventures, owners, indirect and direct parents, partners, and their respective officers, directors, shareholders, members, owners, partners, investors, potential investors, insurers, administrators, plan administrators, trustees, attorneys, representatives, managers, employees, and agents.

### Release Period

"Release Period" means and refers to the period from November 1, 2021 through [DATE].

*        *        *

**Please do not call the Court or the Court clerk's office to inquire about this settlement.  They will be unable to help you.**

4

# EXHIBIT B

FOR SETTLEMENT PURPOSES ONLY

| Harris v. The Orchards Michigan: Settlement Awards for Each Eligible Employee | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| **Net Settlement Fund:** | | | | | |
| $174,176 | | | | | |
| | | Regular Rate Analysis | | | |
| Name | Alleged Principal Damages | Alleged Liquidated Damages | Alleged Total Damages | Share of Settlement Award | Individual Settlement Payment |
| | (1) | (2) | (3) | (4) | (5) | (6) |
| | | (2) | (2) + (3) | (4) / sum((4)) | Net Settlement Fund x (5) |
| | | | | | | |
| 1. ABBOTT, SHAYNA | $ 9.28 | $ 9.28 | $ 18.55 | 0.0001079 | $ 18.80 |
| 2. ABERCROMBIE, CLIFFORD | 76.86 | 76.86 | 153.72 | 0.0008943 | 155.76 |
| 3. ADAMS, WYNEE | 5.80 | 5.80 | 11.61 | 0.0000675 | 11.76 |
| 4. AJETUNMOBI, FOLASADE S | 473.19 | 473.19 | 946.37 | 0.0055057 | 958.96 |
| 5. AKUBUKWE, GENEVIEVE | 184.78 | 184.78 | 369.57 | 0.0021500 | 374.48 |
| 6. ALEXANDER, JUSTIN JAMAL | 9.31 | 9.31 | 18.61 | 0.0001083 | 18.86 |
| 7. ALFRED, BETHALENE | 108.89 | 108.89 | 217.77 | 0.0012669 | 220.67 |
| 8. ALI-GILLIAM, ABDUL | 26.13 | 26.13 | 52.26 | 0.0003040 | 52.95 |
| 9. ALLEN, AIREONA | 16.98 | 16.98 | 33.97 | 0.0001976 | 34.42 |
| 10. ALLEN, ALEXIS | 18.54 | 18.54 | 37.07 | 0.0002157 | 37.56 |
| 11. ALLEN, DELORES A | 44.66 | 44.66 | 89.33 | 0.0005197 | 90.52 |
| 12. ALSTON, SHARON G | 35.33 | 35.33 | 70.66 | 0.0004111 | 71.60 |
| 13. AMAECHI, THEOPHILUS | 3.56 | 3.56 | 7.13 | 0.0000415 | 7.22 |
| 14. ANDERSON, ASHLEY M | 22.88 | 22.88 | 45.76 | 0.0002662 | 46.37 |
| 15. ANDERSON, ASHLEY RANAL | 24.36 | 24.36 | 48.72 | 0.0002834 | 49.36 |
| 16. ANDERSON, O-LEESHA D | 3.16 | 3.16 | 6.32 | 0.0000368 | 6.41 |
| 17. ANDERSON, SHEREE | 0.71 | 0.71 | 1.42 | 0.0000083 | 1.44 |
| 18. ANDREWS, DAVID | 7.79 | 7.79 | 15.58 | 0.0000906 | 15.79 |
| 19. ANDREWS, GABRIAL | 2.32 | 2.32 | 4.65 | 0.0000270 | 4.71 |
| 20. ANDREWS, LAKEISHA IRENE | 1.01 | 1.01 | 2.03 | 0.0000118 | 2.05 |
| 21. ANDREWS, NAHWEH | 30.05 | 30.05 | 60.10 | 0.0003497 | 60.90 |
| 22. ANYABOLU, CHRISTIANA I | 1.40 | 1.40 | 2.80 | 0.0000163 | 2.84 |
| 23. ARMSTEAD, NICOLE | 77.73 | 77.73 | 155.46 | 0.0009044 | 157.53 |
| 24. ARMSTRONG, LILLIAN | 14.91 | 14.91 | 29.81 | 0.0001734 | 30.21 |
| 25. AUSTIN, ANGELA | 54.62 | 54.62 | 109.24 | 0.0006355 | 110.69 |
| 26. AYERS, LERONE | 22.78 | 22.78 | 45.55 | 0.0002650 | 46.16 |
| 27. BAKER, LATISHA SHERI | 268.86 | 268.86 | 537.71 | 0.0031282 | 544.86 |
| 28. BALDWIN, TAMIKA MARIE | 280.58 | 280.58 | 561.16 | 0.0032647 | 568.63 |
| 29. BALLENTINE, JAMES B | 6.05 | 6.05 | 12.10 | 0.0000704 | 12.26 |
| 30. BALTIERRA, SARAH | 14.79 | 14.79 | 29.58 | 0.0001721 | 29.97 |
| 31. BANKS, DOMINIC M | 13.78 | 13.78 | 27.56 | 0.0001604 | 27.93 |
| 32. BANTLE, CHERIE | 5.13 | 5.13 | 10.25 | 0.0000596 | 10.39 |
| 33. BARNETTE, JUSTINE | 60.90 | 60.90 | 121.80 | 0.0007086 | 123.43 |
| 34. BARTLEY, AMBER | 22.03 | 22.03 | 44.07 | 0.0002564 | 44.65 |
| 35. BAUTISTA-LOPEZ, CATALINA | 10.07 | 10.07 | 20.15 | 0.0001172 | 20.42 |
| 36. BEARD, DEANDRE | 492.98 | 492.98 | 985.95 | 0.0057359 | 999.07 |
| 37. BELCHER, CARDELL | 406.22 | 406.22 | 812.45 | 0.0047266 | 823.26 |
| 38. BELL, AKILA | 40.45 | 40.45 | 80.89 | 0.0004706 | 81.97 |
| 39. BELL, ANJALE AARONISHA | 66.04 | 66.04 | 132.08 | 0.0007684 | 133.83 |
| 40. BELL, JAMELLE J | 18.56 | 18.56 | 37.11 | 0.0002159 | 37.61 |
| 41. BELL, MARSHA L | 22.71 | 22.71 | 45.41 | 0.0002642 | 46.02 |
| 42. BELL, MYRA L | 113.48 | 113.48 | 226.95 | 0.0013203 | 229.97 |
| 43. BELL, TIFFANY | 536.57 | 536.57 | 1,073.13 | 0.0062431 | 1,087.40 |
| 44. BELL-IVEY, GWEN ROCHELLE | 1.13 | 1.13 | 2.25 | 0.0000131 | 2.28 |
| 45. BENJAMIN, WILLIE | 62.80 | 62.80 | 125.59 | 0.0007306 | 127.26 |
| 46. BENNETT, VICTORIA E | 21.81 | 21.81 | 43.62 | 0.0002537 | 44.20 |
| 47. BERRY, ANGELIQUE | 5.78 | 5.78 | 11.56 | 0.0000672 | 11.71 |
| 48. BERRY, EDWIN | 24.61 | 24.61 | 49.22 | 0.0002863 | 49.87 |
| 49. BINES, WHEETA | 20.21 | 20.21 | 40.42 | 0.0002351 | 40.96 |
| 50. BLACKSHEAR, MAPLE | 35.83 | 35.83 | 71.65 | 0.0004168 | 72.60 |
| 51. BLANKS, LANEE | 8.32 | 8.32 | 16.63 | 0.0000968 | 16.85 |
| 52. BLANTON, AMY | 132.38 | 132.38 | 264.77 | 0.0015403 | 268.29 |
| 53. BLOCKSON, MARIE R | 50.53 | 50.53 | 101.05 | 0.0005879 | 102.40 |
| 54. BODDIE-SEATON, NINA | 1,324.68 | 1,324.68 | 2,649.36 | 0.0154131 | 2,684.60 |
| 55. BOLTON, KENYA | 3.03 | 3.03 | 6.07 | 0.0000353 | 6.15 |
| 56. BONAM, KELLY | 48.25 | 48.25 | 96.50 | 0.0005614 | 97.78 |
| 57. BOND, MELVINA | 79.28 | 79.28 | 158.55 | 0.0009224 | 160.66 |
| 58. BOWEN, BRITTANY | 6.49 | 6.49 | 12.99 | 0.0000756 | 13.16 |
| 59. BOYD, SANDRA EUGENIA | 43.23 | 43.23 | 86.47 | 0.0005030 | 87.62 |
| 60. BOYD, TIFFANY | 193.49 | 193.49 | 386.98 | 0.0022513 | 392.13 |
| 61. BOYKINS, BRANDON L | 272.04 | 272.04 | 544.08 | 0.0031653 | 551.31 |
| 62. BOYLES, DIAMOND NICOLE | 64.91 | 64.91 | 129.82 | 0.0007553 | 131.55 |
| 63. BRADHAM, ASHLEY | 26.66 | 26.66 | 53.32 | 0.0003102 | 54.03 |
| 64. BRAXTON, TAMEISHA | 31.46 | 31.46 | 62.91 | 0.0003660 | 63.75 |
| 65. BRAZIEL, BOOKER M | 69.46 | 69.46 | 138.91 | 0.0008081 | 140.76 |
| 66. BREEDLOVE, LYNETTE | 20.22 | 20.22 | 40.45 | 0.0002353 | 40.98 |
| 67. BROADUS, SHANIA | 86.36 | 86.36 | 172.71 | 0.0010048 | 175.01 |
| 68. BROOKS, ANGELA JEAN | 6.47 | 6.47 | 12.94 | 0.0000753 | 13.11 |
| 69. BROWN, ANTOINETTE Y | 695.37 | 695.37 | 1,390.74 | 0.0080908 | 1,409.23 |
| 70. BROWN, KAAREN RENEE | 26.06 | 26.06 | 52.12 | 0.0003032 | 52.82 |
| 71. BROWN, LAWANA | 0.92 | 0.92 | 1.83 | 0.0000106 | 1.85 |

FOR SETTLEMENT PURPOSES ONLY

| | | Regular Rate Analysis | | | |
|---|---|---|---|---|---|
| **Name** | **Alleged Principal Damages** | **Alleged Liquidated Damages** | **Alleged Total Damages** | **Share of Settlement Award** | **Individual Settlement Payment** |
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | (2) | (2) + (3) | (4) / sum((4)) | Net Settlement Fund x (5) |
| **Net Settlement Fund:** | | | | | |
| $174,176 | | | | | |
| 72. BROWN, RA'KNECIA JONEZ | 13.13 | 13.13 | 26.26 | 0.0001528 | 26.61 |
| 73. BROWN, SHARON | 13.98 | 13.98 | 27.96 | 0.0001627 | 28.33 |
| 74. BROWN, TAMMY NICOLE | 95.53 | 95.53 | 191.07 | 0.0011116 | 193.61 |
| 75. BRYANT, DELORIS ANN | 184.88 | 184.88 | 369.76 | 0.0021512 | 374.68 |
| 76. BUGHAO, KRISTINA BENITEZ | 10.49 | 10.49 | 20.98 | 0.0001221 | 21.26 |
| 77. BULO, LEKOL C | 1,189.00 | 1,189.00 | 2,378.00 | 0.0138345 | 2,409.64 |
| 78. BUNCH, MADISON | 4.64 | 4.64 | 9.28 | 0.0000540 | 9.40 |
| 79. BURKETT, MILENA SHEY | 2.82 | 2.82 | 5.64 | 0.0000328 | 5.71 |
| 80. BURKS, CHRISTOPHER | 9.14 | 9.14 | 18.28 | 0.0001064 | 18.52 |
| 81. BURNS, TAWANNA | 1,352.57 | 1,352.57 | 2,705.14 | 0.0157376 | 2,741.13 |
| 82. BURTON, DANA A | 314.32 | 314.32 | 628.64 | 0.0036572 | 637.00 |
| 83. BUXTON, ARLENE | 64.05 | 64.05 | 128.10 | 0.0007453 | 129.81 |
| 84. BYERS, TEKAYLA | 4.71 | 4.71 | 9.42 | 0.0000548 | 9.55 |
| 85. BYRD, ARTRICE | 52.68 | 52.68 | 105.36 | 0.0006130 | 106.76 |
| 86. CALAMANAN, KRISTINE KAYE | 13.03 | 13.03 | 26.07 | 0.0001517 | 26.41 |
| 87. CALLOWAY, DRAKE | 37.13 | 37.13 | 74.26 | 0.0004320 | 75.25 |
| 88. CAMAK, MALINDA L | 57.46 | 57.46 | 114.93 | 0.0006686 | 116.46 |
| 89. CAMARA, FATOU C | 1,495.18 | 1,495.18 | 2,990.36 | 0.0173970 | 3,030.14 |
| 90. CANNON, BREANNA | 133.66 | 133.66 | 267.33 | 0.0015552 | 270.88 |
| 91. CANNON, TRACY | 65.82 | 65.82 | 131.63 | 0.0007658 | 133.38 |
| 92. CAPERS, TANDRA RENNE | 343.42 | 343.42 | 686.84 | 0.0039958 | 695.98 |
| 93. CAPISTRANO, JESSA | 40.76 | 40.76 | 81.52 | 0.0004743 | 82.61 |
| 94. CAPTAINS, ALICIA | 12.01 | 12.01 | 24.02 | 0.0001397 | 24.34 |
| 95. CARGILL, APRIL N | 18.49 | 18.49 | 36.99 | 0.0002152 | 37.48 |
| 96. CARSON-WILLIAMS, JAZMIN | 82.44 | 82.44 | 164.88 | 0.0009592 | 167.08 |
| 97. CARSWELL, GWENDOLYN P | 96.20 | 96.20 | 192.41 | 0.0011194 | 194.97 |
| 98. CARTER, ANGELA R | 4.18 | 4.18 | 8.35 | 0.0000486 | 8.46 |
| 99. CARTER, LAKENYA RENEE | 164.26 | 164.26 | 328.52 | 0.0019112 | 332.89 |
| 100. CARTER, QUEEN | 163.05 | 163.05 | 326.09 | 0.0018971 | 330.43 |
| 101. CASTRO, D'ESSENCE | 61.81 | 61.81 | 123.63 | 0.0007192 | 125.27 |
| 102. CASTRO, JOE | 24.20 | 24.20 | 48.41 | 0.0002816 | 49.05 |
| 103. CATALAN, GIRLIE | 298.73 | 298.73 | 597.46 | 0.0034759 | 605.41 |
| 104. CHAMBERS, VERA MARIE | 4.28 | 4.28 | 8.56 | 0.0000498 | 8.67 |
| 105. CHAPPELL-COOK, PEGGIE JEAN | 0.82 | 0.82 | 1.64 | 0.0000096 | 1.67 |
| 106. CHARLESTON, TIESHA N | 33.70 | 33.70 | 67.40 | 0.0003921 | 68.30 |
| 107. CHLEBEK, CHARLOTTE ANN | 0.52 | 0.52 | 1.05 | 0.0000061 | 1.06 |
| 108. CHRISTIAN, JALONI | 153.39 | 153.39 | 306.78 | 0.0017848 | 310.86 |
| 109. CLARK, CONSTANCE | 24.64 | 24.64 | 49.28 | 0.0002867 | 49.93 |
| 110. CLARKE, ATESE | 15.47 | 15.47 | 30.95 | 0.0001800 | 31.36 |
| 111. CLAY, ILJI | 2.44 | 2.44 | 4.87 | 0.0000283 | 4.94 |
| 112. CLAYTON, ARTORIA K. | 11.81 | 11.81 | 23.63 | 0.0001375 | 23.94 |
| 113. CLEVELAND, IMISHA | 210.58 | 210.58 | 421.15 | 0.0024501 | 426.76 |
| 114. CLINKSCALES, LAURETTE MICHELLE | 8.39 | 8.39 | 16.77 | 0.0000976 | 16.99 |
| 115. COBB, CONTESSA | 5.60 | 5.60 | 11.19 | 0.0000651 | 11.34 |
| 116. COLBERT, TONYA | 1.73 | 1.73 | 3.46 | 0.0000202 | 3.51 |
| 117. COLE, ADI | 1,148.91 | 1,148.91 | 2,297.82 | 0.0133680 | 2,328.39 |
| 118. COLLIER, ADRIENNE | 19.56 | 19.56 | 39.12 | 0.0002276 | 39.64 |
| 119. COLLIN, ELAINE | 68.15 | 68.15 | 136.29 | 0.0007929 | 138.11 |
| 120. COLLINS, BRIONA Y | 110.12 | 110.12 | 220.24 | 0.0012813 | 223.17 |
| 121. CONNERS, TIJUANA | 0.07 | 0.07 | 0.14 | 0.0000008 | 0.14 |
| 122. COOK, TWANISHA LASHELLE | 185.80 | 185.80 | 371.60 | 0.0021618 | 376.54 |
| 123. COOLEY, SHRONDA LATOI | 231.45 | 231.45 | 462.90 | 0.0026930 | 469.05 |
| 124. COTTINGHAM, SHEILA M | 70.95 | 70.95 | 141.90 | 0.0008255 | 143.79 |
| 125. COTTON-GREEN, TOMIKA | 8.95 | 8.95 | 17.91 | 0.0001042 | 18.14 |
| 126. COVINGTON, SAMARI | 42.40 | 42.40 | 84.80 | 0.0004934 | 85.93 |
| 127. CRAFT, WANDA G | 3.20 | 3.20 | 6.40 | 0.0000372 | 6.48 |
| 128. CRAIG, JAYANGELO ANTONIO | 258.47 | 258.47 | 516.95 | 0.0030074 | 523.82 |
| 129. CRAWLEY, ANONDA | 161.32 | 161.32 | 322.63 | 0.0018770 | 326.92 |
| 130. CRAWLEY, YOLANDA | 48.90 | 48.90 | 97.79 | 0.0005689 | 99.09 |
| 131. CROSS, DORIS | 29.34 | 29.34 | 58.69 | 0.0003414 | 59.47 |
| 132. CUNNINGHAM, LATONYA DENISE | 175.29 | 175.29 | 350.58 | 0.0020395 | 355.24 |
| 133. CURETON, TAMETRA | 4.75 | 4.75 | 9.51 | 0.0000553 | 9.63 |
| 134. CYR, KATHLEEN | 34.90 | 34.90 | 69.79 | 0.0004060 | 70.72 |
| 135. DALMEIDA, ANDOCHE | 1,385.15 | 1,385.15 | 2,770.30 | 0.0161167 | 2,807.15 |
| 136. DANIELS, TABATHA | 7.11 | 7.11 | 14.22 | 0.0000827 | 14.41 |
| 137. DANN, MALIK | 31.15 | 31.15 | 62.31 | 0.0003625 | 63.13 |
| 138. DAVENPORT, TERRI | 246.04 | 246.04 | 492.08 | 0.0028628 | 498.63 |
| 139. DAVIS, ARREAN | 8.88 | 8.88 | 17.76 | 0.0001033 | 18.00 |
| 140. DAVIS, DOMINIQUE | 395.84 | 395.84 | 791.68 | 0.0046057 | 802.21 |
| 141. DAVIS, ERICA | 24.43 | 24.43 | 48.87 | 0.0002843 | 49.52 |
| 142. DAVIS, JEANNETTE | 1.85 | 1.85 | 3.69 | 0.0000215 | 3.74 |

*Harris v. The Orchards Michigan: Settlement Awards for Each Eligible Employee*

FOR SETTLEMENT PURPOSES ONLY

| | | Harris v. The Orchards Michigan: Settlement Awards for Each Eligible Employee | | | |
|---|---|---|---|---|---|
| | Net Settlement Fund: | | | | |
| | $174,176 | | | | |
| | | Regular Rate Analysis | | | |
| | Name | Alleged Principal Damages | Alleged Liquidated Damages | Alleged Total Damages | Share of Settlement Award | Individual Settlement Payment |
| | (1) | (2) | (3) (2) | (4) (2) + (3) | (5) (4) / sum((4)) | (6) Net Settlement Fund x (5) |
| 143. | DAVIS, MISHAY | 0.93 | 0.93 | 1.85 | 0.0000108 | 1.88 |
| 144. | DAVIS, WANDA | 50.62 | 50.62 | 101.24 | 0.0005890 | 102.59 |
| 145. | DAVIS-LIGON, WANDA DENEEN | 231.44 | 231.44 | 462.88 | 0.0026929 | 469.03 |
| 146. | DENHAM, DONALD | 9.41 | 9.41 | 18.82 | 0.0001095 | 19.07 |
| 147. | DENNY, BARBARA D | 23.62 | 23.62 | 47.23 | 0.0002748 | 47.86 |
| 148. | DIDLAKE, INDIGO B | 24.38 | 24.38 | 48.76 | 0.0002837 | 49.41 |
| 149. | DIXON, DESTINY | 35.87 | 35.87 | 71.74 | 0.0004173 | 72.69 |
| 150. | DIXON, KUTIA | 47.52 | 47.52 | 95.04 | 0.0005529 | 96.30 |
| 151. | DOUGLAS, LINDA | 3.10 | 3.10 | 6.20 | 0.0000361 | 6.28 |
| 152. | DOWDELL, KAYLIN | 628.90 | 628.90 | 1,257.81 | 0.0073175 | 1,274.54 |
| 153. | DRISCOLL, KENYETTA | 13.68 | 13.68 | 27.36 | 0.0001592 | 27.72 |
| 154. | DUBOSE, DENNINE | 17.78 | 17.78 | 35.55 | 0.0002068 | 36.02 |
| 155. | DULIN, SHARVAE MIA | 139.47 | 139.47 | 278.94 | 0.0016228 | 282.65 |
| 156. | DUNCAN, SAVITA | 46.25 | 46.25 | 92.51 | 0.0005382 | 93.74 |
| 157. | DUPREE, SEAN ALEXANDER | 21.85 | 21.85 | 43.69 | 0.0002542 | 44.28 |
| 158. | DURDEN, CIERRA | 9.91 | 9.91 | 19.82 | 0.0001153 | 20.08 |
| 159. | DYE, XAVIER | 188.81 | 188.81 | 377.61 | 0.0021968 | 382.63 |
| 160. | EARLY, BARBARA | 50.52 | 50.52 | 101.03 | 0.0005878 | 102.38 |
| 161. | EDMOND, ERIKA | 3.66 | 3.66 | 7.32 | 0.0000426 | 7.42 |
| 162. | EDWARDS, KURT KEVIN | 54.38 | 54.38 | 108.75 | 0.0006327 | 110.20 |
| 163. | EDWARDS, OLIVIA N | 18.68 | 18.68 | 37.36 | 0.0002173 | 37.86 |
| 164. | EDWARDS, TIENESHA | 62.80 | 62.80 | 125.59 | 0.0007307 | 127.26 |
| 165. | ELLIOTT, INDIA | 12.68 | 12.68 | 25.35 | 0.0001475 | 25.69 |
| 166. | ELLIOTT, LISA | 0.54 | 0.54 | 1.09 | 0.0000063 | 1.10 |
| 167. | ELLIS, PAULA | 5.73 | 5.73 | 11.46 | 0.0000667 | 11.61 |
| 168. | ERKINS, CAMERON | 93.24 | 93.24 | 186.49 | 0.0010849 | 188.97 |
| 169. | ESTES-BAILEY, CAROLYN | 10.90 | 10.90 | 21.80 | 0.0001268 | 22.09 |
| 170. | EVANS, SAMANTHA | 0.67 | 0.67 | 1.35 | 0.0000078 | 1.37 |
| 171. | EVANS, TA'NIYAH | 1.38 | 1.38 | 2.75 | 0.0000160 | 2.79 |
| 172. | EWING, TAAJ | 264.00 | 264.00 | 528.00 | 0.0030717 | 535.02 |
| 173. | FARHAN, RAMI | 58.82 | 58.82 | 117.64 | 0.0006844 | 119.21 |
| 174. | FEDERSPIEL, SAMUEL | 15.60 | 15.60 | 31.20 | 0.0001815 | 31.62 |
| 175. | FINLEY, SHERELL | 6.94 | 6.94 | 13.89 | 0.0000808 | 14.07 |
| 176. | FLANNAGAN, KISSY | 2.37 | 2.37 | 4.75 | 0.0000276 | 4.81 |
| 177. | FLANNAGAN, MICHELLE | 2.64 | 2.64 | 5.29 | 0.0000308 | 5.36 |
| 178. | FLETCHER, DRANISHA | 55.05 | 55.05 | 110.10 | 0.0006405 | 111.56 |
| 179. | FLOOD, ERNESTINE | 297.83 | 297.83 | 595.66 | 0.0034654 | 603.59 |
| 180. | FLOWERS, LATONIA DANILLE | 108.66 | 108.66 | 217.31 | 0.0012643 | 220.21 |
| 181. | FOLEY, LEA M | 0.31 | 0.31 | 0.62 | 0.0000036 | 0.63 |
| 182. | FORD, KIMBERLY | 93.20 | 93.20 | 186.41 | 0.0010844 | 188.88 |
| 183. | FORD, MARY LORRAINE | 13.40 | 13.40 | 26.79 | 0.0001559 | 27.15 |
| 184. | FORD, SHANELL | 189.53 | 189.53 | 379.05 | 0.0022052 | 384.09 |
| 185. | FRANKLIN, SHATEEKA | 1.86 | 1.86 | 3.72 | 0.0000216 | 3.76 |
| 186. | FRAZIER SR, FREDERICK ARDELL | 9.80 | 9.80 | 19.59 | 0.0001140 | 19.85 |
| 187. | FRAZIER, MEGAN | 0.23 | 0.23 | 0.47 | 0.0000027 | 0.47 |
| 188. | FRIEDMANN, KARLIE | 32.30 | 32.30 | 64.60 | 0.0003758 | 65.46 |
| 189. | FRIERSON, CAROLYN | 1.60 | 1.60 | 3.20 | 0.0000186 | 3.24 |
| 190. | FULKS, KISHUNNA | 374.84 | 374.84 | 749.68 | 0.0043614 | 759.65 |
| 191. | GAMBOA, JOANNA | 121.53 | 121.53 | 243.06 | 0.0014141 | 246.29 |
| 192. | GANDY, ANITA | 42.92 | 42.92 | 85.85 | 0.0004994 | 86.99 |
| 193. | GANDY, JESSICA | 32.00 | 32.00 | 64.01 | 0.0003724 | 64.86 |
| 194. | GARDNER, ANGELA | 123.62 | 123.62 | 247.24 | 0.0014384 | 250.53 |
| 195. | GARDNER, ANGELINE RENEE | 23.50 | 23.50 | 47.00 | 0.0002734 | 47.62 |
| 196. | GARDNER, DAMON | 0.75 | 0.75 | 1.49 | 0.0000087 | 1.51 |
| 197. | GARRETT, ANDREA R | 7.08 | 7.08 | 14.16 | 0.0000824 | 14.35 |
| 198. | GARRETT, ELIZABETH | 10.09 | 10.09 | 20.18 | 0.0001174 | 20.44 |
| 199. | GARRETT, JAN | 506.76 | 506.76 | 1,013.53 | 0.0058964 | 1,027.01 |
| 200. | GASTON, NAKITA | 9.49 | 9.49 | 18.98 | 0.0001104 | 19.23 |
| 201. | GASTON, SHARVAE | 328.93 | 328.93 | 657.86 | 0.0038272 | 666.61 |
| 202. | GATES, LATERESA | 311.18 | 311.18 | 622.37 | 0.0036207 | 630.65 |
| 203. | GATES, THOMAS | 41.25 | 41.25 | 82.51 | 0.0004800 | 83.61 |
| 204. | GETTER, ELLA J. | 46.54 | 46.54 | 93.09 | 0.0005416 | 94.33 |
| 205. | GEVEDON, SHARON A | 20.98 | 20.98 | 41.95 | 0.0002441 | 42.51 |
| 206. | GIBBONS, TIMIKA | 0.85 | 0.85 | 1.71 | 0.0000099 | 1.73 |
| 207. | GILLESPIE, ALLESIA | 68.19 | 68.19 | 136.39 | 0.0007935 | 138.20 |
| 208. | GILLINS, SHAWNA | 13.72 | 13.72 | 27.45 | 0.0001597 | 27.81 |
| 209. | GIST, SECHERRIE | 8.24 | 8.24 | 16.49 | 0.0000959 | 16.70 |
| 210. | GLENN, DELISA | 554.95 | 554.95 | 1,109.89 | 0.0064570 | 1,124.66 |
| 211. | GOJCAJ, LISA | 110.89 | 110.89 | 221.77 | 0.0012902 | 224.72 |
| 212. | GOTTO, CARLTON | 43.22 | 43.22 | 86.44 | 0.0005029 | 87.59 |
| 213. | GRANT, JAMES | 13.67 | 13.67 | 27.33 | 0.0001590 | 27.70 |

FOR SETTLEMENT PURPOSES ONLY

| | Harris v. The Orchards Michigan: Settlement Awards for Each Eligible Employee | | | | |
|---|---|---|---|---|---|
| | **Net Settlement Fund:** | | | | |
| | $174,176 | | | | |
| | | | Regular Rate Analysis | | |
| | Name | Alleged Principal Damages | Alleged Liquidated Damages | Alleged Total Damages | Share of Settlement Award | Individual Settlement Payment |
| | (1) | (2) | (3) | (4) | (5) | (6) |
| | | | (2) | (2) + (3) | (4) / sum((4)) | Net Settlement Fund x (5) |
| 214. | GRAVES-HICKS, LATORIA | 77.73 | 77.73 | 155.45 | 0.0009044 | 157.52 |
| 215. | GRAY, CANDICE | 7.76 | 7.76 | 15.52 | 0.0000903 | 15.72 |
| 216. | GREEN, KIMBERLY | 16.95 | 16.95 | 33.89 | 0.0001972 | 34.34 |
| 217. | GRIBBLE, BRITTANI | 484.95 | 484.95 | 969.91 | 0.0056426 | 982.81 |
| 218. | GUERINGER, JANICE | 4.89 | 4.89 | 9.78 | 0.0000569 | 9.91 |
| 219. | GUNDAN, THERESA | 88.20 | 88.20 | 176.41 | 0.0010263 | 178.75 |
| 220. | GUNN, SHAVON LADON | 15.60 | 15.60 | 31.20 | 0.0001815 | 31.62 |
| 221. | GUNNS-MOORMAN, SCHENIQUE YVONNE | 5.68 | 5.68 | 11.35 | 0.0000660 | 11.50 |
| 222. | HALEY, LORAINE | 505.94 | 505.94 | 1,011.87 | 0.0058867 | 1,025.33 |
| 223. | HALL, NEOKIA | 13.44 | 13.44 | 26.88 | 0.0001564 | 27.24 |
| 224. | HARBOUR, CHANEE | 530.58 | 530.58 | 1,061.16 | 0.0061735 | 1,075.28 |
| 225. | HARDMAN, SYLVIA | 27.34 | 27.34 | 54.68 | 0.0003181 | 55.40 |
| 226. | HARDY, ELIZABETH | 18.33 | 18.33 | 36.65 | 0.0002132 | 37.14 |
| 227. | HARMON, TONIA | 351.19 | 351.19 | 702.38 | 0.0040862 | 711.73 |
| 228. | HARPS, DATOYA Y | 72.27 | 72.27 | 144.54 | 0.0008409 | 146.46 |
| 229. | HARRIS, CHINA RENEE | 11.77 | 11.77 | 23.54 | 0.0001370 | 23.86 |
| 230. | HARRIS, MONIQUE | 572.41 | 572.41 | 1,144.83 | 0.0066602 | 1,160.05 |
| 231. | HARRIS, TANISHA | 37.41 | 37.41 | 74.81 | 0.0004352 | 75.81 |
| 232. | HARRISON, KIMBERLY ANN | 17.40 | 17.40 | 34.80 | 0.0002024 | 35.26 |
| 233. | HASSAN, GABRIEL | 888.20 | 888.20 | 1,776.41 | 0.0103346 | 1,800.04 |
| 234. | HAYES, CRYSTAL R | 116.04 | 116.04 | 232.08 | 0.0013502 | 235.17 |
| 235. | HEADE, MICHAEL DARNELL | 268.58 | 268.58 | 537.15 | 0.0031250 | 544.30 |
| 236. | HEARN, ANGELA | 16.30 | 16.30 | 32.60 | 0.0001897 | 33.03 |
| 237. | HEINRICH, JAMES | 59.51 | 59.51 | 119.02 | 0.0006924 | 120.60 |
| 238. | HEINRICH, RENEE | 31.86 | 31.86 | 63.71 | 0.0003706 | 64.56 |
| 239. | HELSEL, ALLISON | 1.90 | 1.90 | 3.80 | 0.0000221 | 3.85 |
| 240. | HELZER, CHRISTINA | 35.93 | 35.93 | 71.87 | 0.0004181 | 72.82 |
| 241. | HENDERSON, ANGELA B | 6.81 | 6.81 | 13.62 | 0.0000793 | 13.80 |
| 242. | HENDERSON, NAKIYA NESHELLE | 1.21 | 1.21 | 2.42 | 0.0000141 | 2.45 |
| 243. | HENDERSON, SAUNDRA MARIE | 13.21 | 13.21 | 26.42 | 0.0001537 | 26.77 |
| 244. | HENRY, DANYAL L | 102.51 | 102.51 | 205.03 | 0.0011928 | 207.75 |
| 245. | HENRY, LORETTA | 17.40 | 17.40 | 34.80 | 0.0002024 | 35.26 |
| 246. | HENRY, ROCHELLE | 39.45 | 39.45 | 78.90 | 0.0004590 | 79.95 |
| 247. | HERNTON, BETTINA | 156.20 | 156.20 | 312.40 | 0.0018175 | 316.56 |
| 248. | HERRING, TENIA | 513.27 | 513.27 | 1,026.54 | 0.0059721 | 1,040.20 |
| 249. | HICKS, MARQUITA A | 6.94 | 6.94 | 13.88 | 0.0000808 | 14.07 |
| 250. | HILL, CARLA | 3.89 | 3.89 | 7.78 | 0.0000452 | 7.88 |
| 251. | HILL, CARMEN | 410.40 | 410.40 | 820.80 | 0.0047751 | 831.72 |
| 252. | HILL, CHERYL ANN | 59.26 | 59.26 | 118.53 | 0.0006895 | 120.10 |
| 253. | HILL, CYNTHIA MARIA | 602.84 | 602.84 | 1,205.67 | 0.0070142 | 1,221.71 |
| 254. | HILL, LAUREN | 2.37 | 2.37 | 4.74 | 0.0000276 | 4.81 |
| 255. | HILL, TIERRA | 28.05 | 28.05 | 56.11 | 0.0003264 | 56.85 |
| 256. | HILLIKER, DANA MICHELLE | 17.04 | 17.04 | 34.08 | 0.0001983 | 34.54 |
| 257. | HILSON, ALICIA | 0.12 | 0.12 | 0.25 | 0.0000014 | 0.25 |
| 258. | HINES, BENITA JRAN | 5.21 | 5.21 | 10.41 | 0.0000606 | 10.55 |
| 259. | HINES, VALERIE | 34.77 | 34.77 | 69.54 | 0.0004046 | 70.47 |
| 260. | HODO, CHERYL | 36.34 | 36.34 | 72.68 | 0.0004228 | 73.64 |
| 261. | HOLMES, LAKEISHA SHANTA | 27.37 | 27.37 | 54.73 | 0.0003184 | 55.46 |
| 262. | HOUSE, EVERETT | 1.00 | 1.00 | 2.01 | 0.0000117 | 2.03 |
| 263. | HOUSE, WANDA | 3.46 | 3.46 | 6.92 | 0.0000402 | 7.01 |
| 264. | HOWARD, TINA | 22.82 | 22.82 | 45.65 | 0.0002656 | 46.25 |
| 265. | HOWARD-ANTHONY, MICAH MONET | 16.96 | 16.96 | 33.91 | 0.0001973 | 34.37 |
| 266. | HOWINGTON, KATELYN | 15.19 | 15.19 | 30.38 | 0.0001768 | 30.79 |
| 267. | HOYLE, KRYSTAL | 374.17 | 374.17 | 748.34 | 0.0043536 | 758.30 |
| 268. | HUBBARD, YOLANDA Y | 8.05 | 8.05 | 16.09 | 0.0000936 | 16.31 |
| 269. | HUDSON, SHEEREE D | 0.46 | 0.46 | 0.93 | 0.0000054 | 0.94 |
| 270. | HUFF, LISA | 146.48 | 146.48 | 292.96 | 0.0017043 | 296.85 |
| 271. | HUGHES, RANASAJH | 1.81 | 1.81 | 3.62 | 0.0000211 | 3.67 |
| 272. | HULL, JANE | 0.26 | 0.26 | 0.52 | 0.0000030 | 0.53 |
| 273. | HUNT, BRITTANY | 320.31 | 320.31 | 640.61 | 0.0037269 | 649.13 |
| 274. | HUNT, SANDRA L | 1.13 | 1.13 | 2.26 | 0.0000132 | 2.29 |
| 275. | HUNTER, ARNASIAN | 115.49 | 115.49 | 230.98 | 0.0013437 | 234.05 |
| 276. | ILONZE, GODWIN G | 8.21 | 8.21 | 16.42 | 0.0000955 | 16.64 |
| 277. | INGRAM, BREUNCA ASHANTE | 64.27 | 64.27 | 128.53 | 0.0007478 | 130.24 |
| 278. | INGRAM, PAULINE ANITA | 243.97 | 243.97 | 487.95 | 0.0028387 | 494.44 |
| 279. | IRVING, ARNIKA | 16.78 | 16.78 | 33.56 | 0.0001952 | 34.01 |
| 280. | JACKSON, DELIENDA | 7.10 | 7.10 | 14.20 | 0.0000826 | 14.39 |
| 281. | JACKSON, DELTRICE | 76.53 | 76.53 | 153.05 | 0.0008904 | 155.09 |
| 282. | JACKSON, MAURICE | 136.24 | 136.24 | 272.48 | 0.0015852 | 276.11 |
| 283. | JACKSON, PARRIS | 0.77 | 0.77 | 1.53 | 0.0000089 | 1.55 |
| 284. | JACOBS, CAROLYN MARIE | 153.05 | 153.05 | 306.11 | 0.0017808 | 310.18 |

FOR SETTLEMENT PURPOSES ONLY

| Harris v. The Orchards Michigan: Settlement Awards for Each Eligible Employee | | | | | |
|---|---|---|---|---|---|
| **Net Settlement Fund:** | | | | | |
| $174,176 | | | | | |
| | | Regular Rate Analysis | | | |
| Name | Alleged Principal Damages | Alleged Liquidated Damages | Alleged Total Damages | Share of Settlement Award | Individual Settlement Payment |
| (1) | (2) | (3) (2) | (4) (2) + (3) | (5) (4) / sum((4)) | (6) Net Settlement Fund x (5) |
| 285. JAMES, VERDELL | 53.63 | 53.63 | 107.27 | 0.0006240 | 108.69 |
| 286. JEFFREY, MOORE | 329.59 | 329.59 | 659.18 | 0.0038349 | 667.95 |
| 287. JEFFRIES, SAFIYAH | 47.57 | 47.57 | 95.15 | 0.0005535 | 96.41 |
| 288. JENKINS, ANNA | 2.63 | 2.63 | 5.27 | 0.0000306 | 5.34 |
| 289. JENKINS, DAICHARA | 161.32 | 161.32 | 322.64 | 0.0018770 | 326.93 |
| 290. JENKINS, JAZMYNE | 29.04 | 29.04 | 58.08 | 0.0003379 | 58.85 |
| 291. JENKINS, TIMIKA | 122.37 | 122.37 | 244.73 | 0.0014238 | 247.99 |
| 292. JENNINGS, SHERONICA | 238.47 | 238.47 | 476.95 | 0.0027747 | 483.29 |
| 293. JERNIGAN, BREANNA R. | 127.29 | 127.29 | 254.58 | 0.0014811 | 257.97 |
| 294. JOHNSON, AKIRA | 1.94 | 1.94 | 3.89 | 0.0000226 | 3.94 |
| 295. JOHNSON, ANTWONE | 91.83 | 91.83 | 183.66 | 0.0010685 | 186.10 |
| 296. JOHNSON, CELESTE | 14.38 | 14.38 | 28.75 | 0.0001673 | 29.14 |
| 297. JOHNSON, CORTNEE | 0.36 | 0.36 | 0.73 | 0.0000042 | 0.74 |
| 298. JOHNSON, LINDA B | 107.55 | 107.55 | 215.10 | 0.0012514 | 217.96 |
| 299. JOHNSON, PATRICK | 1.62 | 1.62 | 3.24 | 0.0000188 | 3.28 |
| 300. JOHNSON, QUIANA | 25.94 | 25.94 | 51.88 | 0.0003018 | 52.57 |
| 301. JOHNSON, SHERRI | 19.95 | 19.95 | 39.91 | 0.0002322 | 40.44 |
| 302. JOHNSON, WALTER EARL | 420.19 | 420.19 | 840.38 | 0.0048890 | 851.55 |
| 303. JOHNSON-BAKER, ALMA | 2.11 | 2.11 | 4.22 | 0.0000246 | 4.28 |
| 304. JOINER, CARMILLA | 1.68 | 1.68 | 3.37 | 0.0000196 | 3.41 |
| 305. JONES, ANGELA D | 341.75 | 341.75 | 683.49 | 0.0039763 | 692.58 |
| 306. JONES, CARLETHA T. | 5.06 | 5.06 | 10.12 | 0.0000589 | 10.25 |
| 307. JONES, CIERRA | 76.85 | 76.85 | 153.69 | 0.0008941 | 155.74 |
| 308. JONES, DEASHA | 10.97 | 10.97 | 21.95 | 0.0001277 | 22.24 |
| 309. JONES, DOMONIQUE | 17.13 | 17.13 | 34.26 | 0.0001993 | 34.71 |
| 310. JONES, ERIKA | 28.14 | 28.14 | 56.28 | 0.0003274 | 57.03 |
| 311. JONES, IKEDA | 28.56 | 28.56 | 57.12 | 0.0003323 | 57.88 |
| 312. JONES, JASZANEK TOILETTA | 55.96 | 55.96 | 111.92 | 0.0006511 | 113.41 |
| 313. JONES, TAMALA D | 161.27 | 161.27 | 322.54 | 0.0018764 | 326.83 |
| 314. JONES, TYLER | 5.57 | 5.57 | 11.15 | 0.0000648 | 11.30 |
| 315. JONES, VICTORIANA | 103.54 | 103.54 | 207.08 | 0.0012047 | 209.83 |
| 316. JONES, WANITA | 216.87 | 216.87 | 433.73 | 0.0025233 | 439.50 |
| 317. JORDAN, RADIONNE A | 269.84 | 269.84 | 539.68 | 0.0031397 | 546.86 |
| 318. JUNGA, HEIDI | 207.36 | 207.36 | 414.73 | 0.0024127 | 420.24 |
| 319. KALINSKI, EVELYN | 4.22 | 4.22 | 8.43 | 0.0000490 | 8.54 |
| 320. KELLOM, DESJANAE | 42.34 | 42.34 | 84.67 | 0.0004926 | 85.80 |
| 321. KELLY, TIFFANY | 7.38 | 7.38 | 14.77 | 0.0000859 | 14.96 |
| 322. KENNEDY, JACQUELINE | 7.75 | 7.75 | 15.51 | 0.0000902 | 15.71 |
| 323. KENNEDY, JERISHA | 620.18 | 620.18 | 1,240.36 | 0.0072160 | 1,256.86 |
| 324. KENNEDY, NAOMI CRYSTAL | 72.02 | 72.02 | 144.03 | 0.0008379 | 145.95 |
| 325. KENNEDY, TONYA T | 7.72 | 7.72 | 15.43 | 0.0000898 | 15.64 |
| 326. KERLEY, JANET | 81.27 | 81.27 | 162.55 | 0.0009456 | 164.71 |
| 327. KERRICK, BEVERLY | 1.14 | 1.14 | 2.28 | 0.0000133 | 2.31 |
| 328. KETTLEWELL, MELANIE | 0.03 | 0.03 | 1.06 | 0.0000004 | 0.06 |
| 329. KEY, DIAMOND JOYCE-ANNE | 61.92 | 61.92 | 123.83 | 0.0007204 | 125.48 |
| 330. KEYS, KENDALL DARCELL | 105.40 | 105.40 | 210.80 | 0.0012264 | 213.61 |
| 331. KHAN, ASGHAN | 18.95 | 18.95 | 37.91 | 0.0002205 | 38.41 |
| 332. KIDD, DOROTHY | 160.84 | 160.84 | 321.67 | 0.0018714 | 325.95 |
| 333. KING, LABRESHA | 44.96 | 44.96 | 89.93 | 0.0005232 | 91.12 |
| 334. KIRTON, ELAINE SUZANNE | 14.77 | 14.77 | 29.53 | 0.0001718 | 29.93 |
| 335. KITCHEN, MONIQUE | 37.58 | 37.58 | 75.16 | 0.0004372 | 76.16 |
| 336. KLEIN, MOLLY | 0.21 | 0.21 | 0.42 | 0.0000025 | 0.43 |
| 337. KLUSENDORF, MEGAN | 153.28 | 153.28 | 306.56 | 0.0017835 | 310.64 |
| 338. KNIGHT, CIERRA | 6.28 | 6.28 | 12.57 | 0.0000731 | 12.74 |
| 339. KNIGHT, NAKIA | 15.65 | 15.65 | 31.29 | 0.0001820 | 31.71 |
| 340. KNOX, UNIQUKA | 167.79 | 167.79 | 335.59 | 0.0019523 | 340.05 |
| 341. KORIE, MIRIAN | 193.85 | 193.85 | 387.69 | 0.0022555 | 392.85 |
| 342. KOUAM, FRANCLINE | 33.20 | 33.20 | 66.40 | 0.0003863 | 67.28 |
| 343. KOWALSKI, KAITLYN | 9.46 | 9.46 | 18.92 | 0.0001101 | 19.18 |
| 344. KUENGNE, VALERIE FLORE MADEFO | 95.55 | 95.55 | 191.10 | 0.0011118 | 193.64 |
| 345. KURANG, FATOU | 207.15 | 207.15 | 414.30 | 0.0024102 | 419.81 |
| 346. LANE, LEILANI | 420.37 | 420.37 | 840.73 | 0.0048911 | 851.91 |
| 347. LATIMER, HELENE | 6.85 | 6.85 | 13.69 | 0.0000797 | 13.88 |
| 348. LAWRENCE, FERNANDO | 276.38 | 276.38 | 552.76 | 0.0032158 | 560.11 |
| 349. LECLUYSE, THERESA | 291.13 | 291.13 | 582.27 | 0.0033874 | 590.01 |
| 350. LEE, EBONY | 29.49 | 29.49 | 58.97 | 0.0003431 | 59.75 |
| 351. LEE, MARY | 81.22 | 81.22 | 162.44 | 0.0009450 | 164.60 |
| 352. LEE, SALENA | 287.18 | 287.18 | 574.37 | 0.0033415 | 582.01 |
| 353. LEETH, KEONA | 7.16 | 7.16 | 14.33 | 0.0000833 | 14.52 |
| 354. LEON, MARCELA | 39.04 | 39.04 | 78.09 | 0.0004543 | 79.13 |
| 355. LEONARD, LESHAUN | 37.13 | 37.13 | 74.26 | 0.0004320 | 75.25 |

FOR SETTLEMENT PURPOSES ONLY

| | | | | | |
|---|---|---|---|---|---|
| **Harris v. The Orchards Michigan: Settlement Awards for Each Eligible Employee** | | | | | |
| | | | | | |
| **Net Settlement Fund:** | | | | | |
| $174,176 | | | | | |
| | | **Regular Rate Analysis** | | | |
| | Alleged | Alleged | Alleged | Share of | **Individual Settlement** |
| Name | Principal Damages | Liquidated Damages | Total Damages | Settlement Award | **Payment** |
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | (2) | (2) + (3) | (4) / sum((4)) | Net Settlement Fund x (5) |
| 356. LEONARD, SHERNITA | 387.51 | 387.51 | 775.01 | 0.0045088 | 785.32 |
| 357. LETT, DOMINIQUE | 154.20 | 154.20 | 308.39 | 0.0017941 | 312.49 |
| 358. LEWIS, ALEXUS | 20.13 | 20.13 | 40.26 | 0.0002342 | 40.79 |
| 359. LEWIS, CYNTHIA | 15.95 | 15.95 | 31.91 | 0.0001856 | 32.33 |
| 360. LEWIS, DWAYNE | 42.33 | 42.33 | 84.66 | 0.0004925 | 85.78 |
| 361. LIGON, MORGAN MARGAREE | 153.36 | 153.36 | 306.72 | 0.0017844 | 310.80 |
| 362. LIVA, DIANE MARIA | 411.27 | 411.27 | 822.54 | 0.0047852 | 833.48 |
| 363. LLOYD, BRIANNA RENA | 26.76 | 26.76 | 53.53 | 0.0003114 | 54.24 |
| 364. LONDON, DEBBIE | 42.20 | 42.20 | 84.39 | 0.0004910 | 85.51 |
| 365. LONDON, WREYON | 167.39 | 167.39 | 334.78 | 0.0019477 | 339.24 |
| 366. LONSBY, JCLYNN | 0.71 | 0.71 | 1.42 | 0.0000082 | 1.44 |
| 367. LOOS, MICHELLE | 150.81 | 150.81 | 301.61 | 0.0017547 | 305.62 |
| 368. LOVE, ETHELAND VONSTELLE | 18.77 | 18.77 | 37.54 | 0.0002184 | 38.04 |
| 369. LOVELACE, GEIA MARIE | 319.97 | 319.97 | 639.94 | 0.0037230 | 648.45 |
| 370. LOVING, SHELIA ANN | 33.59 | 33.59 | 67.17 | 0.0003908 | 68.06 |
| 371. LOWE, CYNTHIA | 0.69 | 0.69 | 1.37 | 0.0000080 | 1.39 |
| 372. LUCAS, LAKISHA | 772.94 | 772.94 | 1,545.89 | 0.0089935 | 1,566.45 |
| 373. LUCKEY, SIERRA | 2.67 | 2.67 | 5.34 | 0.0000311 | 5.41 |
| 374. LYONS, WAHKINEEA D | 136.20 | 136.20 | 272.40 | 0.0015847 | 276.02 |
| 375. MACK, GERTIS | 13.04 | 13.04 | 26.08 | 0.0001518 | 26.43 |
| 376. MADDOX JR, CHARLES DALE | 5.97 | 5.97 | 11.94 | 0.0000695 | 12.10 |
| 377. MADISON, FELECIA | 249.14 | 249.14 | 498.27 | 0.0028988 | 504.90 |
| 378. MALBURG, HANNAH | 1.67 | 1.67 | 3.33 | 0.0000194 | 3.37 |
| 379. MALONE, NIKIA | 33.77 | 33.77 | 67.54 | 0.0003929 | 68.43 |
| 380. MALONEY, LAURA | 58.87 | 58.87 | 117.75 | 0.0006850 | 119.31 |
| 381. MANNING, PEGGY | 401.91 | 401.91 | 803.81 | 0.0046763 | 814.50 |
| 382. MANNS, AMBER | 2.34 | 2.34 | 4.69 | 0.0000273 | 4.75 |
| 383. MARKS, TAMIA A | 6.78 | 6.78 | 13.57 | 0.0000789 | 13.75 |
| 384. MARSHALL, DELL | 1.53 | 1.53 | 3.06 | 0.0000178 | 3.10 |
| 385. MARSHALL, KENYA | 592.15 | 592.15 | 1,184.30 | 0.0068899 | 1,200.05 |
| 386. MARSHALL, THOMAS | 29.11 | 29.11 | 58.22 | 0.0003387 | 59.00 |
| 387. MARTINEZ, JUANA | 29.70 | 29.70 | 59.40 | 0.0003455 | 60.19 |
| 388. MASON, MONICA | 13.34 | 13.34 | 26.68 | 0.0001552 | 27.03 |
| 389. MASSENBURG, COURTNEY | 0.76 | 0.76 | 1.52 | 0.0000088 | 1.54 |
| 390. MASSEY, AINA | 229.72 | 229.72 | 459.44 | 0.0026729 | 465.55 |
| 391. MATHEW, MOLEY | 115.84 | 115.84 | 231.67 | 0.0013478 | 234.75 |
| 392. MATHEWS, DAMONICA | 13.92 | 13.92 | 27.83 | 0.0001619 | 28.20 |
| 393. MATHIS, ANNETTE | 60.52 | 60.52 | 121.04 | 0.0007042 | 122.65 |
| 394. MATHIS, CLARA D | 361.64 | 361.64 | 723.28 | 0.0042078 | 732.90 |
| 395. MATON, INDIA | 109.46 | 109.46 | 218.92 | 0.0012736 | 221.83 |
| 396. MAXWELL, SHEKELA | 108.82 | 108.82 | 217.63 | 0.0012661 | 220.53 |
| 397. MAYBERRY, QUINYETTE | 13.93 | 13.93 | 27.86 | 0.0001621 | 28.23 |
| 398. MAYERNICK, DIANA LYNN | 192.25 | 192.25 | 384.50 | 0.0022369 | 389.62 |
| 399. MAYS, CANECIA E | 5.90 | 5.90 | 11.79 | 0.0000686 | 11.95 |
| 400. MAYWEATHERS, HIDEA | 50.84 | 50.84 | 101.68 | 0.0005915 | 103.03 |
| 401. MBONG NJOH, VALENTIN FELIX | 2,461.83 | 2,461.83 | 4,923.65 | 0.0286442 | 4,989.14 |
| 402. MCADOO, GAIL E | 244.21 | 244.21 | 488.42 | 0.0028415 | 494.92 |
| 403. MCCARTER, KNEETRAE | 674.31 | 674.31 | 1,348.62 | 0.0078458 | 1,366.56 |
| 404. MCCONNAL, TERRI | 531.52 | 531.52 | 1,063.05 | 0.0061845 | 1,077.19 |
| 405. MCCORKLE MATTHEWS, TALIA | 146.89 | 146.89 | 293.78 | 0.0017091 | 297.69 |
| 406. MCCOY, CHRIS | 21.72 | 21.72 | 43.44 | 0.0002527 | 44.02 |
| 407. MCCOY, SHANNON D | 138.63 | 138.63 | 277.26 | 0.0016130 | 280.95 |
| 408. MCCREARY, DANNA D | 11.54 | 11.54 | 23.08 | 0.0001343 | 23.38 |
| 409. MCCULLOUGH, LASHEA | 124.91 | 124.91 | 249.82 | 0.0014534 | 253.14 |
| 410. MCGEE, BENJAMIN | 255.61 | 255.61 | 511.22 | 0.0029741 | 518.02 |
| 411. MCGHEE, ANGLIA A | 226.78 | 226.78 | 453.55 | 0.0026386 | 459.58 |
| 412. MCGILL, LATOYA LETRESE | 532.54 | 532.54 | 1,065.07 | 0.0061963 | 1,079.24 |
| 413. MCINTOSH, SONJA | 14.86 | 14.86 | 29.73 | 0.0001730 | 30.12 |
| 414. MCKINLEY, DORETTE | 4,158.36 | 4,158.36 | 8,316.72 | 0.0483840 | 8,427.35 |
| 415. MCKINNEY, LORRAINE | 1.51 | 1.51 | 3.02 | 0.0000176 | 3.06 |
| 416. MCKNIGHT, ANEKIQUE | 79.24 | 79.24 | 158.49 | 0.0009220 | 160.59 |
| 417. MCMILLAN, CARLETA | 27.71 | 27.71 | 55.42 | 0.0003224 | 56.16 |
| 418. MCMILLIAN, JESSICA M | 12.33 | 12.33 | 24.65 | 0.0001434 | 24.98 |
| 419. MCPHERSON, DENISE | 353.28 | 353.28 | 706.55 | 0.0041105 | 715.95 |
| 420. MCVAY, LEWISHA C | 80.60 | 80.60 | 161.20 | 0.0009378 | 163.34 |
| 421. MEYERS, CHRISTINE | 250.82 | 250.82 | 501.63 | 0.0029183 | 508.31 |
| 422. MIDDLEBROOKS, WHITNEY | 280.48 | 280.48 | 560.96 | 0.0032635 | 568.45 |
| 423. MILLER, CECELIA | 4.13 | 4.13 | 8.27 | 0.0000481 | 8.38 |
| 424. MILLER, JANAY | 87.62 | 87.62 | 175.24 | 0.0010195 | 177.57 |
| 425. MILLER, VEDA LYNN | 122.60 | 122.60 | 245.21 | 0.0014265 | 248.47 |
| 426. MILTON, RHONDA | 14.61 | 14.61 | 29.22 | 0.0001700 | 29.61 |

FOR SETTLEMENT PURPOSES ONLY

| Harris v. The Orchards Michigan: Settlement Awards for Each Eligible Employee | | | | | |
|---|---|---|---|---|---|
| **Net Settlement Fund:** | | | | | |
| $174,176 | | | | | |
| | | **Regular Rate Analysis** | | | |
| Name | Alleged Principal Damages | Alleged Liquidated Damages | Alleged Total Damages | Share of Settlement Award | Individual Settlement Payment |
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | (2) | (2) + (3) | (4) / sum((4)) | Net Settlement Fund x (5) |
| 427. MINER, DARYL | 14.52 | 14.52 | 29.05 | 0.0001690 | 29.44 |
| 428. MISCH, MEGAN | 1.64 | 1.64 | 3.29 | 0.0000191 | 3.33 |
| 429. MITCHELL, ANTHONY J | 197.03 | 197.03 | 394.07 | 0.0022926 | 399.31 |
| 430. MITCHELL, SHIMEEKA LATREECE | 17.34 | 17.34 | 34.68 | 0.0002017 | 35.14 |
| 431. MITCHELL, TYESHA | 4.39 | 4.39 | 8.78 | 0.0000511 | 8.89 |
| 432. MITCHELL, UNIKA | 3.63 | 3.63 | 7.27 | 0.0000423 | 7.36 |
| 433. MIXON, TAE'JAH | 6.31 | 6.31 | 12.62 | 0.0000734 | 12.78 |
| 434. MOBLEY, CAMILLE | 907.89 | 907.89 | 1,815.79 | 0.0105636 | 1,839.94 |
| 435. MOLDEN, BETH | 19.18 | 19.18 | 38.37 | 0.0002232 | 38.88 |
| 436. MONTROY, MARGARET | 1.71 | 1.71 | 3.41 | 0.0000199 | 3.46 |
| 437. MOON, NAVECK | 102.55 | 102.55 | 205.11 | 0.0011933 | 207.84 |
| 438. MOORE, CASSANDRA | 1.79 | 1.79 | 3.58 | 0.0000208 | 3.63 |
| 439. MOORE, NACHELLE L | 3.55 | 3.55 | 7.09 | 0.0000413 | 7.19 |
| 440. MOORE, TAVARES | 18.12 | 18.12 | 36.24 | 0.0002108 | 36.72 |
| 441. MORAN, ANGELA | 71.31 | 71.31 | 142.62 | 0.0008297 | 144.52 |
| 442. MORGAN, DEFRAZIO | 81.41 | 81.41 | 162.82 | 0.0009472 | 164.99 |
| 443. MORGAN, GERALDINE | 62.99 | 62.99 | 125.97 | 0.0007329 | 127.65 |
| 444. MUDORE, KATHLEEN ANN | 10.78 | 10.78 | 21.55 | 0.0001254 | 21.84 |
| 445. MUHAMMAD, KHADIJAH N | 2.45 | 2.45 | 4.90 | 0.0000285 | 4.96 |
| 446. MUHAMMAD, YASMEEN | 2,122.42 | 2,122.42 | 4,244.84 | 0.0246951 | 4,301.30 |
| 447. MULDROW, WILLIAM LEMAR | 9.86 | 9.86 | 19.72 | 0.0001147 | 19.98 |
| 448. MULLINS, CHRISTIAN | 5.39 | 5.39 | 10.77 | 0.0000627 | 10.91 |
| 449. MURRY, MARTHA | 6.45 | 6.45 | 12.90 | 0.0000750 | 13.07 |
| 450. NAEEM, KIRAN | 0.78 | 0.78 | 1.56 | 0.0000091 | 1.58 |
| 451. NASH, TREMAYNE | 31.11 | 31.11 | 62.22 | 0.0003620 | 63.04 |
| 452. NEIRYNCK, MICHAEL | 0.40 | 0.40 | 0.81 | 0.0000047 | 0.82 |
| 453. NELSON, TIERRA | 3.46 | 3.46 | 6.92 | 0.0000402 | 7.01 |
| 454. NGUYEN, HOA | 3.45 | 3.45 | 6.90 | 0.0000401 | 6.99 |
| 455. NICHOLS, SHARONDA | 32.31 | 32.31 | 64.61 | 0.0003759 | 65.47 |
| 456. NICOLESCU, GINA M | 6.72 | 6.72 | 13.45 | 0.0000782 | 13.63 |
| 457. NJOFA, SOLANGE NJEBA | 3.88 | 3.88 | 7.76 | 0.0000452 | 7.87 |
| 458. NORMAN, LAKEISHA | 18.38 | 18.38 | 36.76 | 0.0002139 | 37.25 |
| 459. NWOSU, CHINAZOM EVA | 402.07 | 402.07 | 804.14 | 0.0046782 | 814.83 |
| 460. NZEKWE, NNEKA ANGELA | 8.00 | 8.00 | 15.99 | 0.0000930 | 16.20 |
| 461. ODUM, SHIRLEY | 261.21 | 261.21 | 522.42 | 0.0030393 | 529.37 |
| 462. OKON, EVELYN | 19.53 | 19.53 | 39.06 | 0.0002272 | 39.58 |
| 463. OLDS, TRACEY | 93.46 | 93.46 | 186.91 | 0.0010874 | 189.40 |
| 464. OLIVER, NICOLE | 83.36 | 83.36 | 166.71 | 0.0009699 | 168.93 |
| 465. ONWUNEME, ANURIKA | 201.09 | 201.09 | 402.18 | 0.0023398 | 407.53 |
| 466. ORJI, SUNDAY | 519.66 | 519.66 | 1,039.33 | 0.0060465 | 1,053.15 |
| 467. ORR, ANTWUAN | 118.78 | 118.78 | 237.55 | 0.0013820 | 240.71 |
| 468. OSBORNE-HERROD, DEBRA LYNNE | 438.63 | 438.63 | 877.26 | 0.0051036 | 888.93 |
| 469. PARKER, JOE | 431.20 | 431.20 | 862.40 | 0.0050171 | 873.87 |
| 470. PARKER, KATERA | 11.66 | 11.66 | 23.32 | 0.0001357 | 23.63 |
| 471. PARKER, LYNN R | 86.13 | 86.13 | 172.27 | 0.0010022 | 174.56 |
| 472. PARKER, TONYA | 15.02 | 15.02 | 30.05 | 0.0001748 | 30.45 |
| 473. PARKER, VICTORIA | 46.45 | 46.45 | 92.91 | 0.0005405 | 94.14 |
| 474. PARKES, MICHEAL | 512.94 | 512.94 | 1,025.87 | 0.0059682 | 1,039.52 |
| 475. PARROTT, KAREN | 0.57 | 0.57 | 1.14 | 0.0000066 | 1.15 |
| 476. PATILLO, NAKIYA | 0.97 | 0.97 | 1.94 | 0.0000113 | 1.97 |
| 477. PATTON, SHARLAE | 228.49 | 228.49 | 456.98 | 0.0026586 | 463.06 |
| 478. PAULDING, ARMANI | 15.37 | 15.37 | 30.73 | 0.0001788 | 31.14 |
| 479. PAULL, DENISE | 93.89 | 93.89 | 187.78 | 0.0010924 | 190.28 |
| 480. PEARCE, CONSUELO | 88.71 | 88.71 | 177.42 | 0.0010322 | 179.78 |
| 481. PEET-KIRKSEY, SAMERE | 75.69 | 75.69 | 151.39 | 0.0008807 | 153.40 |
| 482. PENN, LAKIRA D | 44.24 | 44.24 | 88.48 | 0.0005148 | 89.66 |
| 483. PEOPLES, GIAMARIE | 6.29 | 6.29 | 12.58 | 0.0000732 | 12.74 |
| 484. PERFECT, CIARA ROSE | 1.85 | 1.85 | 3.71 | 0.0000216 | 3.76 |
| 485. PERRY, ELIZABETH | 362.64 | 362.64 | 725.28 | 0.0042194 | 734.92 |
| 486. PERSON, LAQUITA | 1,487.40 | 1,487.40 | 2,974.80 | 0.0173064 | 3,014.36 |
| 487. PETERS, LISA | 9.09 | 9.09 | 18.17 | 0.0001057 | 18.41 |
| 488. PETTIS, ROXANNE | 3.71 | 3.71 | 7.41 | 0.0000431 | 7.51 |
| 489. PETTWAY, JASIMINE | 37.20 | 37.20 | 74.41 | 0.0004329 | 75.40 |
| 490. PETTY, JAQUICE | 6.72 | 6.72 | 13.44 | 0.0000782 | 13.62 |
| 491. PFAFF, DAWN | 14.47 | 14.47 | 28.95 | 0.0001684 | 29.33 |
| 492. PHILLIPS, ERIKA | 5.11 | 5.11 | 10.22 | 0.0000595 | 10.36 |
| 493. PICKENS, JOSEPH | 966.32 | 966.32 | 1,932.63 | 0.0112434 | 1,958.34 |
| 494. PINCH, CHRISTINA M | 56.14 | 56.14 | 112.29 | 0.0006533 | 113.78 |
| 495. PINKOSON, KIM ANN | 0.15 | 0.15 | 0.30 | 0.0000017 | 0.30 |
| 496. PITTS, YVONA | 21.50 | 21.50 | 42.99 | 0.0002501 | 43.56 |
| 497. POLK, LEORA C | 45.64 | 45.64 | 91.27 | 0.0005310 | 92.48 |

FOR SETTLEMENT PURPOSES ONLY

| | Harris v. The Orchards Michigan: Settlement Awards for Each Eligible Employee | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | **Net Settlement Fund:** | | | | |
| | $174,176 | | | | |
| | | | **Regular Rate Analysis** | | |
| | Name | Alleged Principal Damages | Alleged Liquidated Damages | Alleged Total Damages | Share of Settlement Award | Individual Settlement Payment |
| | | (1) | (2) | (3) | (4) | (5) |
| | | | (2) | (2) + (3) | (4) / sum/(4) | Net Settlement Fund x (5) |
| 498. | POLLARD, YLONDA SHANELL | 618.08 | 618.08 | 1,236.16 | 0.0071916 | 1,252.61 |
| 499. | POPE, SHARENE | 7.35 | 7.35 | 14.70 | 0.0000855 | 14.89 |
| 500. | POUNDS, EBONY | 27.77 | 27.77 | 55.53 | 0.0003231 | 56.27 |
| 501. | POWELL, DANYALE MAMIE | 19.54 | 19.54 | 39.08 | 0.0002273 | 39.60 |
| 502. | POWELL, GABRIELLE | 11.18 | 11.18 | 22.37 | 0.0001301 | 22.66 |
| 503. | POWELL, SHAUNTEE'A | 20.40 | 20.40 | 40.81 | 0.0002374 | 41.35 |
| 504. | PRATT, NADA | 33.40 | 33.40 | 66.80 | 0.0003886 | 67.69 |
| 505. | PRITCHETT, ANTIKA JANEE | 37.57 | 37.57 | 75.15 | 0.0004372 | 76.15 |
| 506. | PRITCHETT, NEUTRASHA | 296.40 | 296.40 | 592.81 | 0.0034488 | 600.69 |
| 507. | PRUITT, MAHOGANY | 2.36 | 2.36 | 4.72 | 0.0000274 | 4.78 |
| 508. | PUGH, EBONY | 54.12 | 54.12 | 108.24 | 0.0006297 | 109.68 |
| 509. | PUGH, ERIC ELLIS | 21.92 | 21.92 | 43.85 | 0.0002551 | 44.43 |
| 510. | PURIFOY, NAILAH | 3.57 | 3.57 | 7.14 | 0.0000415 | 7.24 |
| 511. | PUTMAN, LASHANA | 108.68 | 108.68 | 217.36 | 0.0012645 | 220.25 |
| 512. | RABB, VALERIE J | 481.89 | 481.89 | 963.78 | 0.0056070 | 976.60 |
| 513. | RADFORD, CATHERINE | 29.53 | 29.53 | 59.06 | 0.0003436 | 59.85 |
| 514. | RAE, KAREN | 1,374.73 | 1,374.73 | 2,749.47 | 0.0159955 | 2,786.04 |
| 515. | RAHMAN, SHAKILA | 221.03 | 221.03 | 442.06 | 0.0025717 | 447.94 |
| 516. | RAMSEY, MARISSA | 1.61 | 1.61 | 3.22 | 0.0000187 | 3.26 |
| 517. | RAY, JACKITRA | 1,168.51 | 1,168.51 | 2,337.01 | 0.0135960 | 2,368.10 |
| 518. | REAVES, INDIA LASHAY | 2.02 | 2.02 | 4.03 | 0.0000235 | 4.09 |
| 519. | REED-HAWKINS, ERICA | 56.17 | 56.17 | 112.34 | 0.0006535 | 113.83 |
| 520. | RELIFORD, LAWRENCE | 8.69 | 8.69 | 17.38 | 0.0001011 | 17.61 |
| 521. | RICE, WILLIAM | 243.71 | 243.71 | 487.42 | 0.0028356 | 493.90 |
| 522. | RICHARD, BRIANCA | 58.76 | 58.76 | 117.53 | 0.0006837 | 119.09 |
| 523. | RIGGS, TIARRA | 26.87 | 26.87 | 53.74 | 0.0003126 | 54.46 |
| 524. | ROBERTSON, REBECCA | 112.88 | 112.88 | 225.77 | 0.0013135 | 228.77 |
| 525. | ROBINSON, APRIL | 5.51 | 5.51 | 11.02 | 0.0000641 | 11.16 |
| 526. | ROBINSON, LISA | 20.90 | 20.90 | 41.79 | 0.0002431 | 42.35 |
| 527. | ROBINSON, SIDNEY DEIGHANN | 6.11 | 6.11 | 12.22 | 0.0000711 | 12.38 |
| 528. | ROBINSON-SANABRIA, WILSON | 376.09 | 376.09 | 752.18 | 0.0043759 | 762.19 |
| 529. | RODGERS, SHARAE L | 0.05 | 0.05 | 0.09 | 0.0000005 | 0.09 |
| 530. | ROSS, MERCEDES | 20.08 | 20.08 | 40.15 | 0.0002336 | 40.68 |
| 531. | ROSS-REID, NEQUAYLE | 190.77 | 190.77 | 381.55 | 0.0022197 | 386.62 |
| 532. | ROWLAND, KIERSTEN EVELYN | 9.88 | 9.88 | 19.77 | 0.0001150 | 20.03 |
| 533. | RUFFIN, BRANDIE | 7.85 | 7.85 | 15.70 | 0.0000914 | 15.91 |
| 534. | RUFFIN, CHARFONTE J | 8.87 | 8.87 | 17.74 | 0.0001032 | 17.98 |
| 535. | RUSSHING, NAJIN | 2.53 | 2.53 | 5.05 | 0.0000294 | 5.12 |
| 536. | SANDERS, TONYA | 23.79 | 23.79 | 47.58 | 0.0002768 | 48.21 |
| 537. | SANFORD, SEMONE | 7.90 | 7.90 | 15.79 | 0.0000919 | 16.00 |
| 538. | SARAH-JACOB, BEATRICE | 91.52 | 91.52 | 183.05 | 0.0010649 | 185.48 |
| 539. | SAYLES, LATOYA CORINE | 340.86 | 340.86 | 681.72 | 0.0039660 | 690.79 |
| 540. | SCARBER, DOLORES | 1.02 | 1.02 | 2.03 | 0.0000118 | 2.06 |
| 541. | SCARBOROUGH, KEEARI | 25.41 | 25.41 | 50.82 | 0.0002957 | 51.50 |
| 542. | SCOTT, JACQUETTA | 0.79 | 0.79 | 1.58 | 0.0000092 | 1.60 |
| 543. | SEABORN, MICHELLE | 32.82 | 32.82 | 65.63 | 0.0003818 | 66.51 |
| 544. | SEATON, THOMAS | 6.78 | 6.78 | 13.57 | 0.0000789 | 13.75 |
| 545. | SEXTON, JAMIE | 5.90 | 5.90 | 11.81 | 0.0000687 | 11.97 |
| 546. | SHAW, SHILIKE | 0.40 | 0.40 | 0.79 | 0.0000046 | 0.80 |
| 547. | SHERROD, YASMIN N | 15.24 | 15.24 | 30.48 | 0.0001773 | 30.89 |
| 548. | SHEWFELT, REBECCA | 92.34 | 92.34 | 184.68 | 0.0010744 | 187.13 |
| 549. | SHIRLEY, DYSHINIQUE TORIANA | 9.08 | 9.08 | 18.16 | 0.0001057 | 18.40 |
| 550. | SIEMEN, JAYSON | 30.72 | 30.72 | 61.44 | 0.0003575 | 62.26 |
| 551. | SIMMONS, JENEA | 1.93 | 1.93 | 3.85 | 0.0000224 | 3.90 |
| 552. | SIMMONS, SANDRA | 29.75 | 29.75 | 59.49 | 0.0003461 | 60.28 |
| 553. | SIMS, BREESHAWN DESTINY | 31.38 | 31.38 | 62.76 | 0.0003651 | 63.60 |
| 554. | SKINNER, TYNASHA | 2.64 | 2.64 | 5.28 | 0.0000307 | 5.35 |
| 555. | SLAPPEY, CHEYENNE | 113.09 | 113.09 | 226.18 | 0.0013159 | 229.19 |
| 556. | SLOCUM, DOMINIQUE | 183.74 | 183.74 | 367.48 | 0.0021379 | 372.36 |
| 557. | SMITH, ALESSIA | 1.13 | 1.13 | 2.26 | 0.0000131 | 2.29 |
| 558. | SMITH, CHINETTA | 14.30 | 14.30 | 28.60 | 0.0001664 | 28.99 |
| 559. | SMITH, ISAAC | 9.28 | 9.28 | 18.56 | 0.0001080 | 18.80 |
| 560. | SMITH, JESSICA YVONNE | 90.61 | 90.61 | 181.21 | 0.0010542 | 183.62 |
| 561. | SMITH, LANESHIA | 0.66 | 0.66 | 1.32 | 0.0000077 | 1.34 |
| 562. | SMITH, LAPORCHA TAWANNA | 38.08 | 38.08 | 76.16 | 0.0004431 | 77.18 |
| 563. | SMITH, LATICIA | 78.11 | 78.11 | 156.21 | 0.0009088 | 158.29 |
| 564. | SMITH, NATASSIA | 35.04 | 35.04 | 70.07 | 0.0004077 | 71.00 |
| 565. | SMITH, TEAIRA S | 42.38 | 42.38 | 84.75 | 0.0004931 | 85.88 |
| 566. | SMITH, TIFFINY | 2.79 | 2.79 | 5.58 | 0.0000325 | 5.66 |
| 567. | SMITH, ZYAILLE | 474.73 | 474.73 | 949.46 | 0.0055236 | 962.09 |
| 568. | SMITH-ROBERTS, JOYCE MARIE | 300.59 | 300.59 | 601.19 | 0.0034975 | 609.18 |

FOR SETTLEMENT PURPOSES ONLY

| | | | | | |
|---|---|---|---|---|---|
| **Harris v. The Orchards Michigan: Settlement Awards for Each Eligible Employee** | | | | | |
| | | | | | |
| **Net Settlement Fund:** | | | | | |
| $174,176 | | | | | |
| | | **Regular Rate Analysis** | | | |
| | Alleged | Alleged | Alleged | Share of | **Individual Settlement** |
| Name | **Principal Damages** | **Liquidated Damages** | **Total Damages** | **Settlement Award** | **Payment** |
| | (1) | (2) | (3) | (4) | (5) | (6) |
| | | (2) | (2) + (3) | (4) / sum((4)) | Net Settlement Fund x (5) |
| 569. SMITH-WILLS, MARCIA | 30.95 | 30.95 | 61.90 | 0.0003601 | 62.72 |
| 570. SOTHERLAND, COURTNEY DESHAWN | 5.43 | 5.43 | 10.85 | 0.0000631 | 11.00 |
| 571. SOWELL, DYNEISHA | 105.09 | 105.09 | 210.17 | 0.0012227 | 212.97 |
| 572. SPARKS, BRITTNEY | 7.74 | 7.74 | 15.48 | 0.0000900 | 15.68 |
| 573. SPARKS, VERNARD | 35.57 | 35.57 | 71.13 | 0.0004138 | 72.08 |
| 574. SPENCER, RAINNA | 420.20 | 420.20 | 840.40 | 0.0048892 | 851.58 |
| 575. STARKS, CINDY | 34.78 | 34.78 | 69.57 | 0.0004047 | 70.49 |
| 576. STARR, MASHAVU | 58.73 | 58.73 | 117.46 | 0.0006834 | 119.03 |
| 577. STEANS, XZAVIA | 24.64 | 24.64 | 49.28 | 0.0002867 | 49.94 |
| 578. STECIAK, LARISSA | 27.35 | 27.35 | 54.70 | 0.0003182 | 55.43 |
| 579. STEEN, PATRICE | 74.20 | 74.20 | 148.39 | 0.0008633 | 150.37 |
| 580. STEVENSON, TAMESHIA | 15.41 | 15.41 | 30.82 | 0.0001793 | 31.23 |
| 581. STEWART, HELEN | 100.99 | 100.99 | 201.98 | 0.0011750 | 204.66 |
| 582. STEWART, LORI | 3.99 | 3.99 | 7.99 | 0.0000465 | 8.09 |
| 583. STOKES, TYRONE | 60.26 | 60.26 | 120.52 | 0.0007011 | 122.12 |
| 584. STOVER, SHELBY | 0.16 | 0.16 | 0.33 | 0.0000019 | 0.33 |
| 585. STRAUTHER, LAKEISHA | 6.82 | 6.82 | 13.64 | 0.0000794 | 13.82 |
| 586. STRENK, JOHN | 1.25 | 1.25 | 2.49 | 0.0000145 | 2.53 |
| 587. STRONG, JOYOUS | 120.51 | 120.51 | 241.01 | 0.0014021 | 244.22 |
| 588. STRONG, LINDA | 26.48 | 26.48 | 52.96 | 0.0003081 | 53.66 |
| 589. SUGGS, SCHWAN YVETTE | 246.33 | 246.33 | 492.65 | 0.0028661 | 499.21 |
| 590. SWANN, TAHKEITHIA | 68.08 | 68.08 | 136.16 | 0.0007921 | 137.97 |
| 591. SYKES, QWENDOLYN R | 107.07 | 107.07 | 214.13 | 0.0012457 | 216.98 |
| 592. SYKES, TERRA | 17.39 | 17.39 | 34.78 | 0.0002023 | 35.24 |
| 593. TARTER, JESSIKA INEZ | 501.15 | 501.15 | 1,002.30 | 0.0058311 | 1,015.63 |
| 594. TATUM, DREENA | 128.99 | 128.99 | 257.98 | 0.0015008 | 261.41 |
| 595. TAWAKA, SEWELL | 10.20 | 10.20 | 20.39 | 0.0001186 | 20.66 |
| 596. TAYLOR, BONITA | 242.86 | 242.86 | 485.71 | 0.0028257 | 492.17 |
| 597. TAYLOR, GWENDOLYN A | 71.86 | 71.86 | 143.73 | 0.0008362 | 145.64 |
| 598. TAYLOR, PAMELA | 253.24 | 253.24 | 506.48 | 0.0029466 | 513.22 |
| 599. TAYLOR, TANISHA | 72.61 | 72.61 | 145.23 | 0.0008449 | 147.16 |
| 600. THOMAS, FRANK | 182.36 | 182.36 | 364.73 | 0.0021219 | 369.58 |
| 601. THOMAS, KANDACE | 34.19 | 34.19 | 68.38 | 0.0003978 | 69.29 |
| 602. THOMAS, KISHAUNA | 8.99 | 8.99 | 17.98 | 0.0001046 | 18.22 |
| 603. THOMAS, LAMEDA | 520.05 | 520.05 | 1,040.10 | 0.0060509 | 1,053.93 |
| 604. THOMAS, LATORRIA R | 456.40 | 456.40 | 912.79 | 0.0053103 | 924.94 |
| 605. THOMAS, MARKITA S | 154.75 | 154.75 | 309.49 | 0.0018005 | 313.61 |
| 606. THOMAS, SHANIEACE SHAMALE | 14.58 | 14.58 | 29.16 | 0.0001696 | 29.55 |
| 607. THOMAS, SYLVIA | 30.87 | 30.87 | 61.75 | 0.0003592 | 62.57 |
| 608. THOMAS, THERESA | 51.22 | 51.22 | 102.45 | 0.0005960 | 103.81 |
| 609. THOMAS, TYTIANNA | 3.73 | 3.73 | 7.45 | 0.0000434 | 7.55 |
| 610. THOMAS, YOLANDA | 0.55 | 0.55 | 1.11 | 0.0000065 | 1.12 |
| 611. THOMPSON, BONITA | 2.90 | 2.90 | 5.81 | 0.0000338 | 5.88 |
| 612. THOMPSON, MELISSA | 30.23 | 30.23 | 60.46 | 0.0003517 | 61.26 |
| 613. THOMPSON, MELODY | 15.57 | 15.57 | 31.13 | 0.0001811 | 31.55 |
| 614. THREATS, VANESSA | 10.74 | 10.74 | 21.47 | 0.0001249 | 21.76 |
| 615. THURMOND, TANAJIA | 343.48 | 343.48 | 686.96 | 0.0039965 | 696.10 |
| 616. TIDWELL, DAMEIN | 64.17 | 64.17 | 128.34 | 0.0007466 | 130.04 |
| 617. TILLMAN, SHEARON | 11.60 | 11.60 | 23.20 | 0.0001349 | 23.50 |
| 618. TINSLEY, DIAMOND | 8.70 | 8.70 | 17.40 | 0.0001012 | 17.63 |
| 619. TOLBERT, VIVIAN | 2.46 | 2.46 | 4.91 | 0.0000286 | 4.98 |
| 620. TRAYLOR, ELNORA | 22.11 | 22.11 | 44.23 | 0.0002573 | 44.82 |
| 621. TUCKER, AUDRE JUANNA | 1.62 | 1.62 | 3.25 | 0.0000189 | 3.29 |
| 622. TUCKER, NICOLE | 1.07 | 1.07 | 2.14 | 0.0000125 | 2.17 |
| 623. TURNER, TAMIKA JOANN | 36.31 | 36.31 | 72.62 | 0.0004225 | 73.58 |
| 624. UNDERHILL, HEATHER | 73.34 | 73.34 | 146.68 | 0.0008533 | 148.63 |
| 625. UNEGBU, JOSEPH | 222.40 | 222.40 | 444.81 | 0.0025877 | 450.72 |
| 626. VALLE VALLE, PAOLA | 7.47 | 7.47 | 14.95 | 0.0000870 | 15.15 |
| 627. VANSEN, ANDREA | 4.13 | 4.13 | 8.26 | 0.0000481 | 8.37 |
| 628. VAUGHN, CHERYL ANNE | 18.86 | 18.86 | 37.72 | 0.0002194 | 38.22 |
| 629. VERSCHURE, DELANEY | 11.68 | 11.68 | 23.36 | 0.0001359 | 23.67 |
| 630. VICKERS, ANDREA | 60.83 | 60.83 | 121.66 | 0.0007078 | 123.28 |
| 631. VIESCA, ALYZZA | 62.75 | 62.75 | 125.51 | 0.0007301 | 127.17 |
| 632. WADE, VERNISHA R | 5.04 | 5.04 | 10.08 | 0.0000586 | 10.21 |
| 633. WAFER, DANIELLE | 4.20 | 4.20 | 8.39 | 0.0000488 | 8.50 |
| 634. WALKER, AUDREY N | 69.17 | 69.17 | 138.34 | 0.0008048 | 140.18 |
| 635. WALKER, BEVERLY | 13.65 | 13.65 | 27.30 | 0.0001588 | 27.67 |
| 636. WALKER, CHARLENE | 18.09 | 18.09 | 36.18 | 0.0002105 | 36.66 |
| 637. WALKER, LESLIE | 364.00 | 364.00 | 728.00 | 0.0042353 | 737.69 |
| 638. WALKER, MAKENZIE R | 21.31 | 21.31 | 42.61 | 0.0002479 | 43.18 |
| 639. WALKER, SEQUINA L | 9.46 | 9.46 | 18.92 | 0.0001101 | 19.18 |

FOR SETTLEMENT PURPOSES ONLY

| Harris v. The Orchards Michigan: Settlement Awards for Each Eligible Employee | | | | | |
|---|---|---|---|---|---|
| | | Regular Rate Analysis | | | |
| | Net Settlement Fund: | | | | |
| | $174,176 | | | | |
| | Name | Alleged Principal Damages | Alleged Liquidated Damages | Alleged Total Damages | Share of Settlement Award | Individual Settlement Payment |
| | (1) | (2) | (3) | (4) | (5) | (6) |
| | | | (2) | (2) + (3) | (4) / sum((4)) | Net Settlement Fund x (5) |
| 640. | WARD, DONNA | 348.24 | 348.24 | 696.48 | 0.0040519 | 705.75 |
| 641. | WARD, INGA | 603.22 | 603.22 | 1,206.44 | 0.0070187 | 1,222.49 |
| 642. | WARE, DIONNA | 44.44 | 44.44 | 88.89 | 0.0005171 | 90.07 |
| 643. | WARREN, MA'KAYLA | 10.20 | 10.20 | 20.40 | 0.0001187 | 20.67 |
| 644. | WASHINGTON, TYRRELL | 7.99 | 7.99 | 15.98 | 0.0000930 | 16.20 |
| 645. | WATKINS, MARIAH AMBER | 7.74 | 7.74 | 15.49 | 0.0000901 | 15.70 |
| 646. | WATKINS, SONYA | 747.55 | 747.55 | 1,495.10 | 0.0086980 | 1,514.98 |
| 647. | WATSON, DONALD | 61.31 | 61.31 | 122.62 | 0.0007133 | 124.25 |
| 648. | WATSON, JASMINE NICHELL | 192.20 | 192.20 | 384.39 | 0.0022363 | 389.51 |
| 649. | WEAKS, TERRELL DESHAWN | 1.57 | 1.57 | 3.14 | 0.0000183 | 3.18 |
| 650. | WEAVER, FAITH | 137.90 | 137.90 | 275.81 | 0.0016046 | 279.48 |
| 651. | WESLEY, JEANNIE | 523.44 | 523.44 | 1,046.87 | 0.0060904 | 1,060.80 |
| 652. | WEST, VERNA KIDD | 9.19 | 9.19 | 18.38 | 0.0001069 | 18.62 |
| 653. | WHITE, KANDISA | 164.62 | 164.62 | 329.24 | 0.0019154 | 333.62 |
| 654. | WHITE, KHRYSTAL | 12.74 | 12.74 | 25.48 | 0.0001482 | 25.82 |
| 655. | WHITLEY, LATONYA | 98.74 | 98.74 | 197.47 | 0.0011488 | 200.10 |
| 656. | WHITNER, ANNUR AL NAFI | 1.16 | 1.16 | 2.32 | 0.0000135 | 2.36 |
| 657. | WILLIAMS, ASHLEY | 188.59 | 188.59 | 377.19 | 0.0021944 | 382.21 |
| 658. | WILLIAMS, ASHLEY P | 10.60 | 10.60 | 21.19 | 0.0001233 | 21.48 |
| 659. | WILLIAMS, CALIESHA | 9.82 | 9.82 | 19.63 | 0.0001142 | 19.89 |
| 660. | WILLIAMS, DELILAH | 9.23 | 9.23 | 18.46 | 0.0001074 | 18.70 |
| 661. | WILLIAMS, EMMA | 12.15 | 12.15 | 24.30 | 0.0001414 | 24.62 |
| 662. | WILLIAMS, MARLON | 5.07 | 5.07 | 10.14 | 0.0000590 | 10.28 |
| 663. | WILLIAMS, NAKIA | 208.68 | 208.68 | 417.37 | 0.0024281 | 422.92 |
| 664. | WILLIAMS, RINA R. | 32.42 | 32.42 | 64.84 | 0.0003772 | 65.70 |
| 665. | WILLIAMS, SHINITWAQUE | 95.91 | 95.91 | 191.82 | 0.0011160 | 194.37 |
| 666. | WILLIAMS, SYREETA | 1.01 | 1.01 | 2.02 | 0.0000117 | 2.04 |
| 667. | WILLIAMS, TASHEIKA | 4.68 | 4.68 | 9.37 | 0.0000545 | 9.49 |
| 668. | WILLIAMS, TENILL | 3.95 | 3.95 | 7.91 | 0.0000460 | 8.01 |
| 669. | WILLIAMSON, DWAYNE | 388.94 | 388.94 | 777.87 | 0.0045254 | 788.22 |
| 670. | WILLIS, JOSEPH | 19.06 | 19.06 | 38.12 | 0.0002218 | 38.62 |
| 671. | WILLIS, TWILA V | 11.27 | 11.27 | 22.55 | 0.0001312 | 22.85 |
| 672. | WILSON, AYANA ZAKIA | 71.41 | 71.41 | 142.81 | 0.0008308 | 144.71 |
| 673. | WILSON, DARRYL | 419.08 | 419.08 | 838.17 | 0.0048762 | 849.32 |
| 674. | WILSON, JASMINE | 0.47 | 0.47 | 0.94 | 0.0000055 | 0.96 |
| 675. | WILSON, TORETHA | 83.49 | 83.49 | 166.97 | 0.0009714 | 169.20 |
| 676. | WINANS, ANDREA | 199.83 | 199.83 | 399.67 | 0.0023251 | 404.98 |
| 677. | WISNIEWSKI, ADRIENNE | 36.70 | 36.70 | 73.40 | 0.0004270 | 74.38 |
| 678. | WITTSTOCK, PAULA | 6.35 | 6.35 | 12.69 | 0.0000739 | 12.86 |
| 679. | WOMACK, CALEB | 222.31 | 222.31 | 444.62 | 0.0025866 | 450.53 |
| 680. | WOODS, ASHAE | 52.02 | 52.02 | 104.04 | 0.0006052 | 105.42 |
| 681. | WOODWORTH, JOHN | 69.88 | 69.88 | 139.75 | 0.0008130 | 141.61 |
| 682. | WRIGHT, DOMINIQUE | 68.89 | 68.89 | 137.78 | 0.0008016 | 139.62 |
| 683. | WRIGHT, FELICIA | 12.54 | 12.54 | 25.07 | 0.0001459 | 25.41 |
| 684. | WRIGHT, JUANITA | 97.58 | 97.58 | 195.16 | 0.0011354 | 197.76 |
| 685. | WRIGHT, MARIAH SHANTINIQUE-ALYSE | 1.79 | 1.79 | 3.58 | 0.0000208 | 3.62 |
| 686. | WYNN, MERCEDES | 11.95 | 11.95 | 23.89 | 0.0001390 | 24.21 |
| 687. | WYNN, SHANTELL | 83.66 | 83.66 | 167.32 | 0.0009734 | 169.54 |
| 688. | YANCEY-JOHNSON, ROBIN D | 10.56 | 10.56 | 21.12 | 0.0001229 | 21.40 |
| 689. | YOUNG, LATOYA M | 74.24 | 74.24 | 148.47 | 0.0008638 | 150.45 |
| 690. | YOUNG, MAYA | 7.26 | 7.26 | 14.51 | 0.0000844 | 14.71 |
| 691. | ZACHERY, MICHELLE | 271.70 | 271.70 | 543.39 | 0.0031613 | 550.62 |
| | **Total** | $  85,945 | $  85,945 | $  171,890 | 1.0000000 | $  174,176 |

Sources: "Orchards Duplicate File Number Employee List(41587507.1).xlsx," "Confidential - 2021 Payroll History Report.xlsx,"
"Confidential - 2022 Payroll History Report.xlsx," "Confidential - 2023 Payroll History Report.xlsx."